## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID F. KELLY BEY, | : | No. 3:13-CV-1942 |
| Plaintiff | : | (Judge: A. Richard Caputo) |
| | : | |
| v. | : | (M.J.: Susan E. Schwab) |
| | : | |
| DANIEL S. KEEN, MICHELLE WELLER, | : | |
| JESSICA STERNER-LENSBOWER, | : | JURY TRIAL DEMANDED |
| AND ISAAC BURKHOLDER, | : | |
| Defendants | : | (Electronically Filed) |

## **APPENDIX OF EXHIBITS**

Exhibit 1            Affidavit of Daniel Keen

                     Exhibit 1A   Contract with United Churches of Chambersburg Area for Chaplain Services

Exhibit 2            Affidavit of Michelle Weller

                     Exhibit 2A   Email from Michelle Weller to Trinity Services Group, Inc.

Exhibit 3            Affidavit of Isaac Burkholder

                     Exhibit 3A   2012-13 Franklin County Jail Approved Volunteer List, updated July 15, 2013

                     Exhibit 3B   Franklin County Jail Chapel Schedules, April 2011 to July, 2013

Exhibit 4            FCJ Policy and Procedure 400.13, Religious Programming and Activities

| | |
|---|---|
| Exhibit 5 | Pertinent Portions of United States Department of Justice, Federal Bureau of Prisons, Technical Reference on Inmate Religious Beliefs and Practices |
| Exhibit 6 | Inmate Request Slip dated 6-12-06 |
| Exhibit 7 | Inmate Request Slip dated 6-20-06 |
| Exhibit 8 | Inmate Grievance Form dated 8-5-11 |
| Exhibit 9 | Inmate Grievance Form dated 8-29-12 |
| Exhibit 10 | Inmate Request Slip dated 8-31-12 |
| Exhibit 11 | Inmate Grievance Form dated 9-29-12 |
| Exhibit 12 | Inmate Request Slip dated 10-2-12 |
| Exhibit 13 | Inmate Request Slip dated 7-4-13 |
| Exhibit 14 | Franklin County Jail Standard Operating Procedure 300.10, Food Service |
| Exhibit 15 | Franklin County Jail Meal Plan Certifications |
| Exhibit 16 | Franklin County Jail General Population Meal Plan Weekly Cycles |
| Exhibit 17 | Franklin County Jail Meal Plans Diet Load Sheets |

Exhibit 18        Franklin County Jail Standard Operating Procedure 400.14, Volunteers

                                    Respectfully Submitted,
                                    Lavery Faherty Patterson

Date:   Nov. 4, 2013        By:   /s/ Jessica S. Hosenpud.
                                    Jessica S. Hosenpud, Esq.
                                    ID# 307656
                                    225 Market Street, Suite 304
                                    P.O. Box 1245
                                    Harrisburg, PA 17109
                                    Phone:  717-233-6633
                                    Fax:  717-233-7003
                                    jhosenpud@laverylaw.com

## **CERTIFICATE OF SERVICE**

I, Amyra W. Wagner, Esquire, with the law firm of Lavery Faherty Patterson, do hereby certify that on this 4th day of November, 2013, I served a true and correct copy of the foregoing Appendix of Exhibits, via U.S. First Class mail, postage prepaid, addressed as follows:

David F. Kelly Bey<br>
#LC0290<br>
SPECIAL MAIL<br>
OPEN IN FRONT OF INMATE<br>
P.O. Box A<br>
Bellefonte, PA  16823

       s/ Amyra W. Wagner
       Amyra W. Wagner