# EXHIBIT "2A"




# RE: Religious diets

**Unit18203** <Unit18203@compass-usa.com>  Mon, Aug 27, 2012 at 4:52 PM
To: Michelle Weller <mweller@co.franklin.pa.us>

Yes

-----Original Message-----
From: Michelle Weller [mailto:mweller@co.franklin.pa.us]
Sent: Monday, August 27, 2012 3:38 PM
To: Unit18203
Subject: Re: Religious diets

Is it compliant for Muslims then too?  Thanks

-----Original Message-----
From: Unit18203 <Unit18203@compass-usa.com>
To: Michelle Weller <mweller@co.franklin.pa.us> Creation Date: 8/27 2:52 pm
Subject: RE: Religious diets

Ms. Weller,
The menu is complaint for kosher meals. We do not purchase any pork products or any products that contain pork by-products.

Wanda



From: Michelle Weller [mailto:mweller@co.franklin.pa.us]
Sent: Monday, August 27, 2012 2:07 PM
To: Unit18203
Subject: Religious diets

Hello,
I have several inmates wishing to convert to Judaism and receive kosher meals.  I am working on my response to that and will let you know what comes of it – what I have read so far indicates that conversion to the Jewish faith is generally not able to be done while incarcerated.
I also have a request slip from a Muslim inmate requesting kosher/halal meals and I wanted to talk to you about it –have you had any dealings with this in other institutions?  I believe the menu is compliant?



This email is subject to certain disclaimers, which may be reviewed via the following link. http://compass-usa.com/Pages/Disclaimer.aspx




Email secured by Check Point



Michelle Weller <mweller@franklincountypa.gov>

# Religious Diets

1 message

**mweller@franklincountypa.gov** <mweller@franklincountypa.gov>  Thu, Sep 27, 2012 at 9:59 AM
To: "Fawks, Brian" <blfawks@co.franklin.pa.us>, "Setting, Clint" <csetting@co.franklin.pa.us>, "Ott, Jeffrey" <jaott@co.franklin.pa.us>, "Ebenal, Jason" <jjebenal@co.franklin.pa.us>, "Scott, Jeffery" <jscott@co.franklin.pa.us>, "Shay, Kasey" <kshay@co.franklin.pa.us>, "Comfort, Linda" <lcomfort@co.franklin.pa.us>, "Pierre, Lionel" <lpierre@co.franklin.pa.us>, "Huntsberry, Michael" <mwhuntsberry@co.franklin.pa.us>, "Arnold, Richard" <rwarnold@co.franklin.pa.us>, "Long, Spencer" <salong@co.franklin.pa.us>, Unit18203@compass-usa.com
Cc: "Flud, Melyssa" <mhflud@co.franklin.pa.us>, "Edwards, Anthony" <aredwards@co.franklin.pa.us>, "Claar, Deanna" <drclaar@co.franklin.pa.us>, "Keen, Daniel" <dskeen@co.franklin.pa.us>, "Van Ness, Erik" <egvanness@co.franklin.pa.us>, "Moyer, Frances" <fmoyer@co.franklin.pa.us>, "Franzoni, Heather" <hafranzoni@co.franklin.pa.us>, "Burkholder, Isaac" <iburkholder@co.franklin.pa.us>, "Sullen, James" <jamess@co.franklin.pa.us>, "Sterner, Jessica" <jsterner@co.franklin.pa.us>, "Davis, Sue" <sedavis@co.franklin.pa.us>, "Sandoval, Valerie" <valeries@co.franklin.pa.us>

> All requests for religious diets (kosher, Halal, etc) should be forwarded to me to approve/deny. They are not to be confused with medical special diets. Thanks



# RE: Vegan Diets

**Unit18203** <Unit18203@compass-usa.com>  Tue, Sep 29, 2009 at 1:43 PM
To: Michelle Weller <michellew@co.franklin.pa.us>
Cc: Johnette Wolfe <jwolfe@co.franklin.pa.us>

I have no concerns with this request.
Thanks,
Wanda


-----Original Message-----
From: Michelle Weller [mailto:michellew@co.franklin.pa.us]
Sent: Tuesday, September 29, 2009 11:51 AM
To: Unit18203
Cc: Johnette Wolfe
Subject: Vegan Diets

I wanted to make you aware that since certain Muslim inmates are requesting special diets because of their beliefs, the warden is giving them the option of taking a vegan diet. Please let me know of any concerns you might have and I will let you know if any take this option.
Thanks, Michelle


DISCLAIMER Important! This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email. Thank you.