# EXHIBIT "3A"

3

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP |
|---|------|---------|-------|
| 1. | ANDERSON, BARBARA | SHIPPENSBURG, PA  17257<br><br>@gmail.com | RIVER BRETHREN/ TRUTH SEEKERS |
| 2. | BASS, EDWARD | CHAMBERSBURG, PA  17201<br><br>)gmail.com | PRISON CHRISTIAN GROWTH |
| 3. | BAUM, JANET | ORRTANNA, PA  17353 | RIVER BRETHREN/ TRUTH SEEKERS |
| 4. | BLANK, HENRY | CHAMBERSBURG, PA  17202 | RIVER BRETHREN/ TRUTH SEEKERS |
| 5. | BOICE, ANGELA | NEWBURG, PA  17240<br><br>.com | PROTESTANT STUDY |
| 6. | BOYLE, GERALD | FAYETTEVILLE, PA  17222<br><br>@comcast.net | MEN AA |
| 7. | BRECHBILL, KEVIN | CHAMBERSBURG, PA  17202 | CHRISTIAN FELLOWSHIP |
| 8. | BRECHBILL, PRESTON | CHAMBERSBURG, PA  17202 | RIVER BRETHREN/ TRUTH SEEKERS |
| 9. | BREZLER, C. ROBERT III | CHAMBERSBURG, PA  17202 | PRISON CHRISTIAN GROWTH |
| 10. | BRUNO, MYRIUM | CHAMBERSBURG, PA  17201 | NEW LIFE WORSHIP |
| 11. | BURKHOLDER, JASON | CHAMBERSBURG, PA  17202 | RIVER BRETHREN/ TRUTH SEEKERS |
| 12. | BURKHOLDER, MARLENE | ORRSTOWN, PA 17244<br><br>e@yahoo.com | RIVER BRETHREN/ TRUTH SEEKERS |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP |
|---|------|---------|-------|
| 13. | BURKHOLDER, MARY | CHAMBERSBURG, PA 17201<br><br>@netscape.net | PRISON CHRISTIAN GROWTH |
| 14. | BUSHA, ANGELA | HARRISBURG, PA 17113<br><br>@verizon.net | AMBASSADORS OF HOPE MINISTRIES |
| 15. | CARBAUGH, DELORES | WAYNESBORO, PA 17268 | YOKEFELLOWS |
| 16. | CAREY, RAQUEL | CHAMBERSBURG, PA 17202<br><br>@yahoo.com | NEW LIFE WORSHIP |
| 17. | CARLTON, CHEYLENE | CHAMBERSBURG, PA 17201<br><br>@vmail.com | TIME & DESTINY |
| 18. | CLAYBERG, MATTHEW | WAYNESBORO, PA 17268<br><br>@hotmail.com | NEW LIFE WORSHIP |
| 19. | CLUCK, CARROLL | PALMYRA, PA 17078 | AMBASSADORS OF HOPE MINISTRIES |
| 20. | CLUCK, JACQUELYN | PALMYRA, PA 17078<br><br>@comcast.net | AMBASSADORS OF HOPE MINISTRIES |
| 21. | COLLINS, LENNIE | WAYNESBORO, PA 17268<br><br>@comcast.net | |
| 22. | COULTER, MARJORIE | FAIRFIELD, PA 17320<br><br>@aol.com | TIME AND DESTINY |
| 23. | COULTER, TIMOTHY | FAIRFIELD, PA 17320<br><br>@gmail.com | TIME AND DESTINY |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP | |
|---|------|---------|-------|---|
| 24. | CREGGER, RICHARD | WAYNESBORO, PA 17268 <br><br> gmail.com | MEN AA | |
| 25. | DALEY, FRANCES | FAYETTEVILLE, PA 17222 <br><br> )comcast.net | PRISON CHRISTIAN GROWTH | |
| 26. | DALEY, THOMAS | FAYETTEVILLE, PA 17222 <br><br> comcast.net | PRISON CHRISTIAN GROWTH | |
| 27. | DAVILA, IDANI | WAYNESBORO, PA 17268 | GREAT COMMISSION DELIVERANCE MINISTRY/BELIEVERS FELLOWSHIP | |
| 28. | DAVILA, TOMY | WAYNESBORO, PA 17268 | GREAT COMMISSION DELIVERANCE MINISTRY/BELIEVERS FELLOWSHIP | |
| 29. | DEMICHEI, DAVID | CHAMBERSBURG, PA 17201 | PRISON CHRISTIAN GROWTH | |
| 30. | DETWILER, TRAVIS | CHAMBERSBURG, PA 17201 <br><br> @gmail.com | PRISON CHRISTIAN GROWTH | |
| 31. | DIAMOND, ALEXA | YORK, PA 17403 <br><br> @ship.edu | PROTESTANT STUDY | |
| 32. | DOMATO, LOUIS | CHAMBERSBURG, PA 17201 | OPEN DOOR | |
| 33. | DRURY, DONALD | CHAMBERSBURG, PA 17202 <br><br> @comcast.net | FIRST CHURCH OF GOD | |
| 34. | DULL, RONALD | SHIPPENSBURG, PA 17257 <br><br> yellowbananas.com | FIRST CHURCH OF GOD | |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP | |
|---|------|---------|-------|---|
| 35. | EBY, LOIS | GREENCASTLE, PA 17225<br><br>)pa.net | RIVER BRETHREN/<br>TRUTHSEEKERS | |
| 36. | FAHNESTOCK, DOROTHY | CHAMBERSBURG, PA 17202 | NEW LIFE WORSHIP<br>CENTER | |
| 37. | FOSTER, TARA | ST. THOMAS, PA 17252 | RIVER BRETHREN/<br>TRUTH SEEKERS | |
| 38. | FREEMAN, ELLEN | WAYNESBORO, PA 17268 | A'GLOW | |
| 39. | FUNK, WILMER | CHAMBERSBURG, PA 17202 | CHRISTIAN<br>FELLOWSHIP | |
| 40. | GOODWIN, STARLA | SHIPPENSBURG, PA 17257<br>hotmail.com | RIVER BRETHREN/<br>TRUTH SEEKERS | |
| 41. | HAIN, E. RUTH | CHAMBERSBURG, PA 17201 | A'GLOW | |
| 42. | HOY, STEPHEN | ORRTANNA, PA 17353<br><br>@comcast.net | MEN AA | |
| 43. | HUDSON, MICHELLE | SHIPPENSBURG, PA 17257<br><br>)yahoo.com | PROTESTANT STUDY | |
| 44. | HUGHES, RAY | CHAMBERSBURG, PA 17202 | FIRST CHURCH OF GOD | |
| 45. | JACKSON, DEBRA | CHAMBERSBURG, PA 17202<br><br>@yahoo.com | TIME AND DESTINY | |
| 46. | JACKSON, TYRONE | CHAMBERSBURG, PA 17202 | TIME AND DESTINY | |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP |
|---|------|---------|-------|
| 47. | JANSEN, MARK | FAYETTEVILLE, PA 17222<br><br>@comcast.net | PRISON CHRISTIAN GROWTH |
| 48. | JENKINS-THOMAS, LESLIE | SHIPPENSBURG, PA 17257<br><br>@yahoo.com | PROTESTANT STUDY |
| 49. | JOHNSON, APRIL | MIDDLETOWN, PA 17057 | AMBASSADORS OF HOPE MINISTRIES |
| 50. | JOHNSON, WILLIAM | FAIRFIELD, PA 17320 | AA MEN |
| 51. | JONES, GEORGE | CHAMBERSBURG, PA 17201 | YOKEFELLOWS |
| 52. | JONES, KENNETH | FAYETTEVILLE, PA 17222<br><br>pa.net | AA MEN |
| 53. | KHALIFA, NAGIB | CHAMBERSBURG, PA 17202 | YOKEFELLOWS EASTERN ORTHODOX |
| 54. | KLEIN, THOMAS | CHAMBERSBURG, PA 17202<br><br>@embarqmail.com | EASTERN ORTHODOX |
| 55. | KUHN, EUGENE | SABILLASVILLE, MD 21780<br><br>myactv.net | AA MEN |
| 56. | LANDIS, JONAS | CHAMBERSBURG, PA 17202 | CHRISTIAN FELLOWSHIP |
| 57. | MANN, WANDA | FAYETTEVILLE, PA 17222<br><br>@gmail.com | AA WOMEN |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP |
|---|------|---------|-------|
| 58. | MARTIN, JOHN | CHAMBERSBURG, PA  17201<br><br>@innernet.net | CHRISTIAN FELLOWSHIP |
| 59. | MARTIN, JOYCE | SHIPPENSBURG, PA  17257 | RIVER BRETHREN/ TRUTH SEEKERS |
| 60. | MARTIN, LYDIA | SHIPPENSBURG, PA  17257 | RIVER BRETHREN/ TRUTH SEEKERS |
| 61. | MARTIN, PATRICIA | CHAMBERSBURG, PA  17201<br><br>@innernet.net | RIVER BRETHREN/ TRUTH SEEKERS |
| 62. | MARTIN, SPENCER | CHAMBERSBURG, PA  17201 | CHRISTIAN FELLOWSHIP |
| 63. | MARTIN, WILMA | SHIPPENSBURG, PA  17257 | RIVER BRETHREN/ TRUTH SEEKERS |
| 64. | MENTZER, PAUL | CHAMBERSBURG, PA  17201<br><br>@comcast.net | OPEN DOOR |
| 65. | MEYERS, ADAM | CHAMBERSBURG, PA  17202 | RIVER BRETHREN/ TRUTH SEEKERS |
| 66. | MEYERS, LAMAR | CHAMBERSBURG, PA  17202<br><br>@gmail.com | RIVER BRETHREN/ TRUTH SEEKERS |
| 67. | MEYERS, MATTHEW | ST. THOMAS, PA 17252 | RIVER BRETHREN/ TRUTH SEEKERS |
| 68. | MILEY, ELNORA | CHAMBERSBURG, PA  17201 | OPEN DOOR |
| 69. | MILLER, AMOS | CHAMBERSBURG, PA  17202 | RIVER BRETHREN/ TRUTH SEEKERS |
| 70. | MILLER, LLOYD | CHAMBERSBURG, PA  17202 | RIVER BRETHREN/ TRUTH SEEKERS |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP |
|---|------|---------|-------|
| 71. | MILLER, MICHAEL | BIGLERVILLE, PA 17307<br><br>@superpa.net | PRISON CHRISTIAN GROWTH |
| 72. | MONACO, MIKE | ASPERS, PA 17304<br><br>@att.net | MEN AA |
| 73. | NISWANDER, ELAM | CHAMBERSBURG, PA 17202 | RIVER BRETHREN/ TRUTH SEEKERS |
| 74. | NOLT, MARG | SHIPPENSBURG, PA 17257 | RIVER BRETHREN/ TRUTH SEEKERS |
| 75. | OKULEY, LAURIE | SHIPPENSBURG, PA 17257 | PROTESTANT STUDY |
| 76. | PARSONS, CAROL | MERCERSBURG, PA 17236<br><br>@gmail.com | YOKEFELLOWS |
| 77. | PILGRIM, BILLY | CHAMBERSBURG, PA 17202 | MT. MORIAH |
| 78. | PROFFITT, SHARON | SMITHSBURG, MD 21783 | CELEBRATE RECOVERY |
| 79. | PUNT, BETTY | WAYNESBORO, PA 17268<br><br>@hotmail.com | CELEBRATE RECOVERY |
| 80. | RAMSEY, RICHARD | CHAMBERSBURG, PA 17201<br><br>@embarqmail.com | PRISON CHRISTIAN GROWTH |
| 81. | RAMSEY, THERESA | CHAMBERSBURG, PA 17201<br><br>@embarqmail.com | PRISON CHRISTIAN GROWTH |
| 82. | REGAN, ROBERT | ST. THOMAS, PA 17252<br><br>@yahoo.com | RIVER BRETHREN/ TRUTHSEEKERS |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP |
|---|------|---------|-------|
| 83. | RENSCH III, EDWARD | CHAMBERSBURG, PA  17201<br><br>@comcast.net | OPEN DOOR |
| 84. | RENSCH, ANGELA | CHAMERSBURG, PA  17201 | OPEN DOOR |
| 85. | RIGGS, BONNIE | SHIPPENSBURG, PA  17257<br><br>@pa.net | TREE OF LIFE |
| 86. | RIGGS, ROBERT | SHIPPENSBURG, PA  17257<br><br>@pa.net | TREE OF LIFE |
| 87. | RIST, ELIZABETH | CHAMBERSBURG, PA  17201<br><br>@aol.com | NEW LIFE WORSHIP |
| 88. | ROHER, DELORES | CHAMBERSBURG, PA  17202 | A'GLOW |
| 89. | ROSE, RICHARD | WAYNESBORO, PA  17268<br><br>@comcast.net | AA MEN |
| 90. | ROSENBERRY, LOIS | CHAMBERSBURG, PA  17202<br><br>@yahoo.com | RIVER BRETHREN/<br>TRUTHSEEKERS |
| 91. | ROSS, TERRY | HUMMELSTOWN, PA 17036 | AMBASSADORS OF<br>HOPE MINISTRIES |
| 92. | RUSSO, DOUGLAS | MONT ALTO, PA  17237<br><br>@aol.com | GOD'S LIFE CHANGING<br>WORD |
| 93. | SALDANA, ALICIA | SHIPPENSBURG, PA  17257 | RIVER BRETHREN/<br>TRUTHSEEKERS |
| 94. | SCANLAN, JAMES | CHAMBERSBURG, PA  17202 | PRISON CHRISTIAN<br>GROWTH |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP |
|---|------|---------|-------|
| 95. | SHIFLER, CHAD | CHAMBERSBURG, PA 17202 | FIRST CHURCH OF GOD |
| 96. | SOTAK, DOLORES | CHAMBERSBURG, PA 17202 | PRISON CHRISTIAN GROWTH |
| 97. | SOTAK, JOHN | CHAMBERSBURG, PA 17202<br><br>johnsotak@comcast.net | PRISON CHRISTIAN GROWTH |
| 98. | STEFAN, JAMES | SABILLASVILLE, MD 21780 | AA MEN |
| 99. | STEWART, VIOLA | CHAMBERSBURG, PA 17201 | A'GLOW |
| 100. | STOPYRA, JOSEPH | CHAMBERSBURG, PA 17201<br><br>@comcast.net | FIRST CHRUCH OF GOD |
| 101. | STOSSEL, MARY | FAYETTEVILLE, PA 17222<br><br>@aol.com | PRISON CHRISTIAN GROWTH |
| 102. | STYERS, DARAH | CHAMBERSBURG, PA 17201<br><br>)gmail.com | PROTESTANT STUDY |
| 103. | THORSEN, THOMAS | HAGERSTOWN, MD 21742<br><br>@earthlink.net | AA MEN |
| 104. | TICE, ROBERT | FAYETTEVILLE, PA 17222 | PRISON CHRISTIAN GROWTH |
| 105. | TORRES, ROMONA | CHAMBERSBURG, PA 17202<br><br>@gmail.com | NEW LIFE WORSHIP |
| 106. | VALENTIN, ORLANDO | WAYNESBORO, PA 17268<br><br>\@comcast.net | GREAT COMMISSION DELIVERANCE MINISTRY/BELIEVERS FELLOWSHIP |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP | |
|---|------|---------|-------|---|
| 107. | VALENTIN, YVETTE | WAYNESBORO, PA 17268<br><br>@comcast.net | GREAT COMMISSION DELIVERANCE MINISTRY/BELIEVERS FELLOWSHIP | |
| 108. | VINCK, CONNIE | FAYETTEVILLE, PA 17222<br><br>@comcast.net | CELEBRATE RECOVERY | |
| 109. | VINCK, JULIEN | FAYETTEVILLE, PA 17222<br><br>@comcast.net | CELEBRATE RECOVERY | |
| 110. | WATTS, CHREYL | WAYNESBORO, PA 17268<br><br>@yahoo.com | GREAT COMMISSION DELIVERANCE MINISTRY/BELIEVERS FELLOWSHIP | |
| 111. | WEAVER, ELAM | SHIPPENSBURG, PA 17257 | CHRISTIAN FELLOWSHIP | |
| 112. | WEST, NEVILLE | WAYNESBORO, PA 17268 | EVANGELIST | |
| 113. | WEST, PATRICIA | WAYNESBORO, PA 17268 | EVANGELIST | |
| 114. | WHITEHEAD, JOHN | CHAMBERSBURG, PA 17202 | RIVER BRETHREN/ TRUTH SEEKERS | |
| 115. | WINGERT, DANA | CHAMBERSBURG, PA 17202 | RIVER BRETHREN/ TRUTH SEEKERS | |
| 116. | WOLF, BRENDA | ST. THOMAS, PA 17252<br><br>@gmail.com | PRISON CHRISTIAN GROWTH | |
| 117. | YORGEY, JIM | FAYETTEVILLE, PA 17222<br><br>@comcast.net | YOKEFELLOWS SINGLE BIBLE STUDY | |
| 118. | YORGEY, ROMA | FAYETTEVILLE, PA 17222<br><br>@comcast.net | YOKEFELLOWS SINGLE BIBLE STUDY | |

# 2012-2013 VOLUNTEER LIST

| # | NAME | ADDRESS | GROUP | |
|---|------|---------|-------|---|
| 119. | YORK, JOHN | WAYNESBORO, PA  17268<br><br>@gmail.com | CELEBRATE RECOVERY | |

Discontinued

Up-dated---7-15-13 jm