# EXHIBIT "3B"

# CHAPEL

## April 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1<br>JUMAH<br>1:30 – 2:30PM | 2 |
| 3<br>A<br>SUNDAY SERVICE | 4 | 5<br>CATHOLIC SERVICES<br>10:00-11:00AM | 6 | 7<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 8<br>JUMAH<br>1:30 – 2:30PM | 9<br>GOING FOR THE<br>GOLD 1PM – 2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | | | | | | |
| 10<br>D AND F<br>SUNDAY SERVICE | 11 | 12<br>CATHOLIC SERVICES<br>10:00-11:00AM | 13<br>YOKEFELLOWS<br>7:30 – 9:00PM | 14<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 15<br>JUMAH<br>1:30 – 2:30PM | 16 |
| ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | | | | | | |
| 17<br>C AND G<br>SUNDAY SERVICE | 18 | 19<br>CATHOLIC SERVICES<br>10:00-11:00AM | 20 | 21<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 22<br>JUMAH<br>1:30 – 2:30PM | 23<br>GOING FOR THE<br>GOLD 1PM – 2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | | | | | | |
| 24<br>A<br>SUNDAY SERVICE | 25 | 26<br>CATHOLIC SERVICES<br>10:00-11:00AM | 27<br>YOKEFELLOWS<br>7:30 – 9:00PM | 28<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 29<br>JUMAH<br>1:30 – 2:30PM | 30 |
| ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | | | | | | |

# May 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1<br>D AND F<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 2 | 3<br>CATHOLIC SERVICES<br>10:00–11:00AM | 4 | 5<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 6<br>JUMAH<br>1:30 – 2:30PM | 7<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 8 C AND G<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 9 | 10<br>CATHOLIC SERVICES<br>10:00–11:00AM | 11<br>YOKEFELLOWS<br>7:30 – 9:00PM | 12<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 13<br>JUMAH<br>1:30 – 2:30PM | 14<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| 15<br>A<br>SUNDAY SERVICE | 16 | 17<br>CATHOLIC SERVICES<br>10:00–11:00AM | 18 | 19<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 20<br>JUMAH<br>1:30 – 2:30PM | 21<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 22 D AND F<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 23 | 24<br>CATHOLIC SERVICES<br>10:00–11:00AM | 25<br>YOKEFELLOWS<br>7:30 – 9:00PM | 26<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 27<br>JUMAH<br>1:30 – 2:30PM | 28<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| 29 C AND G<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 30 | 31<br>CATHOLIC SERVICES<br>10:00–11:00AM | | | | |

# CHAPEL

# June 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 | 2<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 3<br>JUMAH<br>1:30 – 2:30PM | 4<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 5<br>A<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 6 | 7<br>CATHOLIC SERVICES<br>10:00–11:00AM | 8<br>YOKEFELLOWS<br>7:30 – 9:00PM | 9<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 10<br>JUMAH<br>1:30 – 2:30PM | 11<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| 12<br>D AND F<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 13 | 14<br>CATHOLIC SERVICES<br>10:00–11:00AM | 15 | 16<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 17<br>JUMAH<br>1:30 – 2:30PM | 18<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 19<br>C AND G<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 20 | 21<br>CATHOLIC SERVICES<br>10:00–11:00AM | 22<br>YOKEFELLOWS<br>7:30 – 9:00PM | 23<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 24<br>JUMAH<br>1:30 – 2:30PM | 25<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| A<br>SUNDAY SERVICE<br><br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 27 | 28<br>CATHOLIC SERVICES<br>10:00–11:00AM | 29 | 30<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | | |

# CHAPEL
## July 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1<br>JUMAH<br>1:30 – 2:30PM | 2<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 3<br>D AND F<br>SUNDAY SERVICE | 4 | 5<br>CATHOLIC SERVICES<br>10:00-11:00AM | 6 | 7<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 8<br>JUMAH<br>1:30 – 2:30PM | 9<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| 10<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 11 | 12<br>CATHOLIC SERVICES<br>10:00-11:00AM | 13<br>YOKEFELLOWS<br>7:30 – 9:00PM | 14<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 15<br>JUMAH<br>1:30 – 2:30PM | 16 |
| 17<br>A<br>SUNDAY SERVICE | 18 | 19<br>CATHOLIC SERVICES<br>10:00-11:00AM | 20 | 21<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 22<br>JUMAH<br>1:30 – 2:30PM | 23<br>GOING FOR THE<br>GOLD 1PM – 2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 24<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 25 | 26<br>CATHOLIC SERVICES<br>10:00-11:00AM | 27<br>YOKEFELLOWS<br>7:30 – 9:00PM | 28<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 29<br>JUMAH<br>1:30 – 2:30PM | 30 |
| 31<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | | | | | | |

CHAPEL

# August 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Please note that the Discipleship Class will not be held on July 30, 2011 | 1 | 2 | 3 | 4 TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 5 JUMAH 1:30 – 2:30PM | 6 DISCIPLESHIP 3:00 – 4:30PM |
| 7 A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 8 | 9 CATHOLIC SERVICES 10:00-11:00AM | 10 YOKEFELLOWS 7:30 – 9:00PM | 11 TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 12 JUMAH 1:30 – 2:30PM | 13 GOING FOR THE GOLD 1PM – 2:45PM |
| 14 D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 15 | 16 CATHOLIC SERVICES 10:00-11:00AM | 17 | 18 TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 19 JUMAH 1:30 – 2:30PM | 20 DISCIPLESHIP 3:00 – 4:30PM |
| 21 C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 22 | 23 CATHOLIC SERVICES 10:00-11:00AM | 24 YOKEFELLOWS 7:30 – 9:00PM | 25 TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 26 JUMAH 1:30 – 2:30PM | 27 GOING FOR THE GOLD 1PM – 2:45PM |
| 28 A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | 29 | 30 CATHOLIC SERVICES 10:00-11:00AM | 31 | | | |

CHAPEL

# September 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 2<br>JUMAH<br>1:30 – 2:30PM | 3<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 4<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 5 | 6<br>CATHOLIC SERVICES<br>10:00-11:00AM | 7 | 8<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 9<br>JUMAH<br>1:30 – 2:30PM | 10<br>GOING FOR THE GOLD 1PM – 2:45PM |
| 11<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 12 | 13<br>CATHOLIC SERVICES<br>10:00-11:00AM | 14<br>YOKEFELLOWS<br>7:30 – 9:00PM | 15<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 16<br>JUMAH<br>1:30 – 2:30PM | 17<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 18<br>A<br>SUNDAY SERVICE<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 19 | 20<br>CATHOLIC SERVICES<br>10:00-11:30AM | 21 | 22<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 23<br>JUMAH<br>1:30 – 2:30PM | 24<br>GOING FOR THE GOLD 1PM – 2:45PM |
| 25<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 26 | 27<br>CATHOLIC SERVICES<br>10:00-11:00AM | 28<br>YOKEFELLOWS<br>7:30 – 9:00PM | 29<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS ANONYMOUS<br>6:30 – 8:00PM | 30<br>JUMAH<br>1:30 – 2:30PM | |

## CHAPEL
# October 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | **1**<br>HE SAID "COME &SEE"<br>1:00-2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| **2**<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **3  G**<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **4**<br>CATHOLIC SERVICES<br>10:00-11:00AM | **5** | **6**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **7**<br>JUMAH<br>1:30 – 2:30PM | **8**<br>GOING FOR THE<br>GOLD 1PM – 2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| **9**<br>A<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **10  F**<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **11**<br>CATHOLIC SERVICES<br>10:00-11:00AM | **12**<br>YOKEFELLOWS<br>7:30 – 9:00PM | **13**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **14**<br>JUMAH<br>1:30 – 2:30PM | **15**<br>HE SAID "COME &SEE"<br>1:00-2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| **16**<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **17  G**<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **18**<br>CATHOLIC SERVICES<br>10:00-11:00AM | **19** | **20**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **21**<br>JUMAH<br>1:30 – 2:30PM | **22**<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| **23**<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **24  F**<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **25**<br>CATHOLIC SERVICES<br>10:00-11:00AM | **26**<br>YOKEFELLOWS<br>7:30 – 9:00PM | **27**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **28**<br>JUMAH<br>1:30 – 2:30PM | **29**<br>HE SAID "COME &SEE"<br>1:00-2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| **30**<br>A<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **31  G**<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | | | | | |

CHAPEL

# November 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1<br>CATHOLIC SERVICES<br>10:00-1:00AM | 2<br>GOSPEL ECHOES<br>7:30 – 9:00PM | 3<br>TA'LEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 4<br>JUMAH<br>1:30 – 2:30PM | 5<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| 6<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 7<br>F<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 8<br>CATHOLIC SERVICES<br>10:00-1:00AM | 9<br>YOKEFELLOWS<br>7:30 – 9:00PM | 10<br>TA'LEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 11<br>JUMAH<br>1:30 – 2:30PM | 12<br>HE SAID "COME &SEE"<br>1:00-2:45PM |
| 13<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 14<br>G<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 15<br>CATHOLIC SERVICES<br>10:00-1:00AM | 16 | 17<br>TA'LEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 18<br>JUMAH<br>1:30 – 2:30PM | 19<br>GOING FOR THE<br>GOLD 1PM – 2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 20<br>A<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 21<br>F<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 22 | 23<br>YOKEFELLOWS<br>7:30 – 9:00PM | 24<br>THANKSGIVING | 25<br>JUMAH<br>1:30 – 2:30PM | 26<br>HE SAID "COME &SEE"<br>1:00-2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 27<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 28<br>G<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 29<br>CATHOLIC SERVICES<br>10:00-1:00AM | 30 | | | |

CHAPEL

# December 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 2<br>JUMAH<br>1:30 – 2:30PM | 3<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| 4<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 5<br>F<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 6<br>CATHOLIC SERVICES<br>10:00-11:00AM | 7 | 8<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 9<br>JUMAH<br>1:30 – 2:30PM | 10<br>HE SAID "COME &SEE"<br>1:00-2:45PM<br><br>DISCIPLESHIP<br>3:00 – 4:30PM |
| 11<br>A<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 12<br>G<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 13<br>CATHOLIC SERVICES<br>10:00-11:00AM | 14<br>YOKEFELLOWS<br>7:30 – 9:00PM | 15<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 16<br>JUMAH<br>1:30 – 2:30PM | 17<br>GOING FOR THE<br>GOLD 1PM – 2:45PM |
| 18<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 19<br>F<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 20<br>CATHOLIC SERVICES<br>10:00-11:00AM | 21 | 22<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMO US<br>6:30 – 8:00PM | 23<br>JUMAH<br>1:30 – 2:30PM | 24<br><br>CHRISTMAS EVE |
| 25<br>CHRISTMAS | 26<br>G<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | 27<br>CATHOLIC SERVICES<br>10:00-11:00AM | 28<br>YOKEFELLOWS<br>7:30 – 9:00PM | 29<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | 30<br>JUMAH<br>1:30 – 2:30PM | 31<br>HE SAID "COME &SEE"<br>1:00-2:45PM<br><br>DISCIPLESHIP<br>3:00 – 4:30PM |

CHAPEL

## ~ January 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **1**<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **2**<br>F<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **3**<br>CATHOLIC SERVICES<br>10:00–11:00AM | **4** | **5**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **6**<br>JUMAH<br>1:30 – 2:30PM | **7**<br>GOING FOR THE GOLD<br>1PM – 2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| **8**<br>A<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **9**<br>G<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **10**<br>CATHOLIC SERVICES<br>10:00–11:00AM | **11**<br>YOKEFELLOWS<br>7:30 – 9:00PM | **12**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **13**<br>JUMAH<br>1:30 – 2:30PM | **14**<br>HE SAID "COME &SEE"<br>1:00–2:45PM |
| **15**<br>D AND F<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **16**<br>F<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **17**<br>CATHOLIC SERVICES<br>10:00–11:00AM | **18** | **19**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **20**<br>JUMAH<br>1:30 – 2:30PM | **21**<br>GOING FOR THE GOLD<br>1PM – 2:45PM<br>DISCIPLESHIP<br>3:00 – 4:30PM |
| **22**<br>C AND G<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **23**<br>G<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **24**<br>CATHOLIC SERVICES<br>10:00–11:00AM | **25**<br>YOKEFELLOWS<br>7:30 – 9:00PM | **26**<br>TALEEM<br>10:30 – 11:30AM<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **27**<br>JUMAH<br>1:30 – 2:30PM | **28**<br>HE SAID "COME &SEE"<br>1:00–2:45PM<br>TEACHING OF THE EARLY<br>CHURCH<br>3:00 – 4:30PM |
| **29**<br>A<br>SUNDAY SERVICE<br>ALCOHOLICS<br>ANONYMOUS<br>6:30 – 8:00PM | **30**<br>F<br>AMBASSADORS OF<br>HOPE MINISTRIES<br>6:30 TO 8:00PM | **31**<br>CATHOLIC SERVICES<br>10:00–11:00AM | **Notes:** | | | |

CHAPEL

## ~ February 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | **1** | **2** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **3** JUMAH 1PM – 2:30PM | **4** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **5** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **6** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **7** CATHOLIC SERVICES 10:00-11:00AM | **8** YOKEFELLOWS 7:30 – 8:00PM | **9** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **10** JUMAH 1:30 – 2:30PM | **11** HE SAID "COME &SEE" 1:00-2:45PM TEACHING OF THE EARLY CHURCH 3:00 – 4:30PM |
| **12** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **13** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **14** CATHOLIC SERVICES 10:00-11:00AM | **15** | **16** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **17** JUMAH 1:30 – 2:30PM | **18** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **19** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **20** G AMBASSADORS OF HOPE MINISTRIES 6:30 – 8:00PM | **21** CATHOLIC SERVICES 10:00-11:00AM | **22** YOKEFELLOWS 7:30 – 8:00PM | **23** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **24** JUMAH 1:30 – 2:30PM | **25** HE SAID "COME &SEE" 1:00-2:45PM TEACHING OF THE EARLY CHURCH 3:00 – 4:30PM |
| **26** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **27** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **28** CATHOLIC SERVICES 10:00-11:00AM | **29** | **Notes:** | | |

# CHAPEL

## ~ March 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | **1** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **2** JUMAH 1:30 – 2:30PM | **3** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **4** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **5** | **6** CATHOLIC SERVICES 10:00-11:00AM | **7** | **8** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **9** JUMAH 1:30 – 2:30PM | **10** HE SAID "COME &SEE" 1:00-2:45PM |
| **11** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **12** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **13** CATHOLIC SERVICES 10:00-11:00AM | **14** YOKEFELLOWS 7:30 – 9:00PM | **15** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **16** JUMAH 1:30 – 2:30PM | **17** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **18** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **19** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **20** CATHOLIC SERVICES 10:00-11:00AM | **21** | **22** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **23** JUMAH 1:30 – 2:30PM | **24** HE SAID "COME &SEE" 1:00-2:45PM |
| **25** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **26** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **27** CATHOLIC SERVICES 10:00-11:00AM | **28** YOKEFELLOWS 7:30 – 9:00PM | **29** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **30** JUMAH 1:30 – 2:30PM | **31** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |

# CHAPEL

## ~ April 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **1** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **2** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **3** CATHOLIC SERVICES 10:00-11:00AM | **4** | **5** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **6** JUMAH 1:30 – 2:45PM | **7** HE SAID "COME &SEE" 1:00-2:45PM |
| **8** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **9** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **10** CATHOLIC SERVICES 10:00-11:00AM | **11** YOKEFELLOWS 7:30 – 9:00PM | **12** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **13** JUMAH 1:30 – 2:30PM | **14** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **15** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **16** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **17** CATHOLIC SERVICES 10:00-11:00AM | **18** | **19** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **20** JUMAH 1:30 – 2:30PM | **21** HE SAID "COME &SEE" 1:00-2:45PM |
| **22** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **23** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **24** CATHOLIC SERVICES 10:00-11:00AM | **25** YOKEFELLOWS 7:30 – 9:00PM | **26** TALEEM 10:30 – 11:30AM ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **27** JUMAH 1:30 – 2:30PM | **28** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **29** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **30** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | Notes: | | | | |

# CHAPEL

## ~ May 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | **1** CATHOLIC SERVICES 10:00-11:00AM | **2** | **3** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **4** JUMAH 1:30 – 2:30PM | **5** HE SAID "COME &SEE" 1:00-2:45PM GOING FOR THE GOLD 3:00 – 4:30PM |
| **6** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **7** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **8** CATHOLIC SERVICES 10:00-11:00AM | **9** YOKEFELLOWS 7:30 – 8:00PM | **10** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **11** JUMAH 1:30 – 2:30PM | **12** DISCIPLESHIP 3:00 – 4:30PM |
| **13** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **14** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **15** CATHOLIC SERVICES 10:00-11:00AM | **16** | **17** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **18** JUMAH 1:30 – 2:30PM | **19** HE SAID "COME &SEE" 1:00-2:45PM |
| **20** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **21** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **22** CATHOLIC SERVICES 10:00-11:00AM | **23** YOKEFELLOWS 7:30 – 8:00PM | **24** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **25** JUMAH 1:30 – 2:30PM | **26** GOING FOR THE GOLD 1:00-2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **27** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **28** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **29** CATHOLIC SERVICES 10:00-11:00AM | **30** | **31** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | | Notes: |

# CHAPEL

## ~ June 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | **1** JUMAH 1:30 – 2:30PM | **2** HE SAID "COME &SEE" 1:00-2:45PM |
| **3** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **4** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **5** CATHOLIC SERVICES 10:00-11:00AM | **6** | **7** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **8** JUMAH 1:30 – 2:30PM | **9** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **10** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **11** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **12** CATHOLIC SERVICES 10:00-11:00AM | **13** YOKEFELLOWS 7:30 – 9:00PM | **14** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **15** JUMAH 1:30 – 2:30PM | **16** HE SAID "COME &SEE" 1:00-2:45PM |
| **17** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **18** C AMBASSADORS OF HOPE MINISTRIES 6:30 – 8:00PM | **19** CATHOLIC SERVICES 10:00-11:00AM | **20** | **21** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **22** JUMAH 1:30 – 2:30PM | **23** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **24** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **25** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **26** CATHOLIC SERVICES 10:00-11:00AM | **27** YOKEFELLOWS 7:30 – 9:00PM | **28** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **29** JUMAH 1:30 – 2:30PM | **30** HE SAID "COME &SEE" 1:00-2:45PM |

# CHAPEL

## ~ July 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **1** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **2** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **3** CATHOLIC SERVICES 10:00-11:00AM | **4** | **5** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **6** JUMAH 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM | **7** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **8** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **9** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **10** CATHOLIC SERVICES 10:00-11:00AM | **11** YOKEFELLOWS 7:30 – 9:00PM | **12** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **13** JUMAH 1:30 – 2:30PM | **14** HE SAID "COME &SEE" 1:00-2:45PM |
| **15** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **16** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **17** CATHOLIC SERVICES 10:00-11:00AM | **18** | **19** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **20** JUMAH 1:30 – 2:30PM | **21** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **22** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **23** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **24** CATHOLIC SERVICES 10:00-11:00AM | **25** YOKEFELLOWS 7:30 – 8:00PM | **26** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **27** JUMAH 1:30 – 2:30PM | **28** HE SAID "COME &SEE" 1:00-2:45PM |
| **29** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **30** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **31** CATHOLIC SERVICES 10:00-11:00AM | Notes: | | | |

# CHAPEL

## ~ August 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | **1** | **2** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **3** JUMAH 1:30 – 2:30PM | **4** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **5** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **6** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **7** CATHOLIC SERVICES 10:00-11:00AM | **8** YOKEFELLOWS 7:30 – 8:00PM | **9** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **10** JUMAH 1:30 – 2:30PM | **11** HE SAID "COME &SEE" 1:00-2:45PM |
| **12** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **13** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **14** CATHOLIC SERVICES 10:00-11:00AM | **15** | **16** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **17** JUMAH 1:30 – 2:30PM | **18** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **19** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **20** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **21** CATHOLIC SERVICES 10:00-11:00AM | **22** YOKEFELLOWS 7:30 – 8:00PM | **23** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **24** JUMAH 1:30 – 2:30PM | **25** HE SAID "COME &SEE" 1:00-2:45PM |
| **26** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **27** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **28** CATHOLIC SERVICES 10:00-11:00AM | **29** | **30** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **31** JUMAH 1:30 – 2:30PM | Notes: |

# CHAPEL

## ~ September 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | | **1** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **2** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **3** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **4** CATHOLIC SERVICES 10:00-11:00AM | **5** | **6** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **7** JUMAH 1:30 – 2:30PM | **8** HE SAID "COME &SEE" 1:00-2:45PM |
| **9** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | **10** AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **11** CATHOLIC SERVICES 10:00-11:00AM | **12** YOKEFELLOWS 7:30 – 9:00PM | **13** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **14** JUMAH 1:30 – 2:30PM | **15** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **16** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **17** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **18** CATHOLIC SERVICES 10:00-11:00AM | **19** | **20** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **21** JUMAH 1:30 – 2:30PM | **22** HE SAID "COME &SEE" 1:00-2:45PM |
| **23** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **24** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **25** CATHOLIC SERVICES 10:00-11:00AM | **26** YOKEFELLOWS 7:30 – 9:00PM | **27** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **28** JUMAH 1:30 – 2:30PM | **29** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **30** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | | | | | | |

**Notes:**

# CHAPEL

## ~ October 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | **1** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **2** CATHOLIC SERVICES 10:00-11:00AM | **3** | **4** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **5** JUMAH 1:30 – 2:30PM | **6** HE SAID "COME &SEE" 1:00-2:45PM |
| **7** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **8** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **9** CATHOLIC SERVICES 10:00-11:00AM | **10** YOKEFELLOWS 7:30 – 9:00PM | **11** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **12** JUMAH 1:30 – 2:30PM | **13** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **14** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **15** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **16** CATHOLIC SERVICES 10:00-11:00AM | **17** | **18** TALEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **19** JUMAH 1:30 – 2:30PM | **20** HE SAID "COME &SEE" 1:00-2:45PM |
| **21** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **22** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **23** CATHOLIC SERVICES 10:00-11:00AM | **24** YOKEFELLOWS 7:30 – 9:00PM | **25** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **26** JUMAH 1:30 – 2:30PM | **27** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **28** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **29** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **30** CATHOLIC SERVICES 10:00-11:00AM | **31** | Notes: |  |  |

# CHAPEL

## ~ November 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | **1** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **2** JUMAH 1:30 – 2:30PM | **3** HE SAID "COME &SEE" 1:00-2:45PM |
| **4** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **5** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **6** CATHOLIC SERVICES 10:00-11:00AM | **7** | **8** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **9** JUMAH 1:30 – 2:30PM | **10** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **11** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **12** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **13** CATHOLIC SERVICES 10:00-11:00AM | **14** YOKEFELLOWS 7:30 – 8:00PM | **15** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **16** JUMAH 1:30 – 2:30PM | **17** HE SAID "COME &SEE" 1:00-2:45PM |
| **18** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **19** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **20** CATHOLIC SERVICES 10:00-11:00AM | **21** | **22** | **23** JUMAH 1:30 – 2:30PM | **24** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **25** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **26** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **27** CATHOLIC SERVICES 10:00-11:00AM | **28** YOKEFELLOWS 7:30 – 8:00PM | **29** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **30** JUMAH 1:30 – 2:30PM | Notes: |

# CHAPEL

## ~ December 2012 ~

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | | **1** HE SAID "COME &SEE" 1:00-2:45PM |
| **2** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **3** C AMBASSADORS OF HOPE MINISTRIES 10:00 TO 8:00PM | **4** CATHOLIC SERVICES 10:00-11:00AM | **5** | **6** TA'LEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **7** JUMAH 1:30 – 2:30PM | **8** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **9** SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **10** D AMBASSADORS OF HOPE MINISTRIES 6:30 – 8:00PM | **11** CATHOLIC SERVICES 10:00-11:00AM | **12** YOKEFELLOWS 7:30 – 9:00PM | **13** TA'LEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **14** JUMAH 1:30 – 2:30PM | **15** HE SAID "COME &SEE" 1:00-2:45PM |
| **16** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **17** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **18** CATHOLIC SERVICES 10:00-11:00AM | **19** | **20** TA'LEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **21** JUMAH 1:30 – 2:30PM | **22** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **23** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **24** | **25** | **26** YOKEFELLOWS 7:30 – 9:00PM | **27** TA'LEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **28** JUMAH 1:30 – 2:30PM | **29** HE SAID "COME &SEE" 1:00-2:45PM |
| **30** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **31** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | Notes: | | | | |

CHAPEL

**CHAPEL**

## ~ January 2013 ~

◄ Dec 2012 | Feb 2013 ►

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | **1** CATHOLIC SERVICES 10:00-11:00AM | **2** | **3** TA'LEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | **4** JUMAH 1:30-2:30PM | **5** GOING FOR THE GOLD 1PM-2:45PM DISCIPLESHIP 3:00-4:30PM |
| **6** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | **7** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **8** CATHOLIC SERVICES 10:00-11:00AM | **9** YOKEFELLOWS 7:30-9:00PM | **10** TA'LEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | **11** JUMAH 1:30-2:30PM | **12** HE SAID "COME &SEE" 1:00-2:45PM |
| **13** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | **14** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **15** CATHOLIC SERVICES 10:00-11:00AM | **16** | **17** TA'LEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | **18** JUMAH 1:30-2:30PM | **19** GOING FOR THE GOLD 1PM-2:45PM DISCIPLESHIP 3:00-4:30PM |
| **20** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | **21** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **22** CATHOLIC SERVICES 10:00-11:00AM | **23** YOKEFELLOWS 7:30-9:00PM | **24** TA'LEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | **25** JUMAH 1:30-2:30PM | **26** HE SAID "COME &SEE" 1:00-2:45PM |
| **27** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | **28** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **29** CATHOLIC SERVICES 10:00-11:00AM | **30** | **31** TA'LEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | **Notes:** | |

**CHAPEL**

## ~ February 2013 ~

◄ Jan 2013                                                                 Mar 2013 ►

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | **1** JUMAH 1:30 – 2:30PM | **2** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **3** SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **4** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **5** CATHOLIC SERVICES 10:00-11:00AM | **6** | **7** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **8** JUMAH 1:30 – 2:30PM | **9** HE SAID "COME &SEE" 1:00-2:45PM |
| **10** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **11** D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **12** CATHOLIC SERVICES 10:00-11:00AM | **13** YOKEFELLOWS 7:30 – 9:00PM | **14** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **15** JUMAH 1:30 – 2:30PM | **16** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **17** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **18** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **19** CATHOLIC SERVICES 10:00-11:00AM | **20** | **21** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **22** JUMAH 1:30 – 2:30PM | **23** HE SAID "COME &SEE" 1:00-2:45PM |
| **24** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **25** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **26** CATHOLIC SERVICES 10:00-11:00AM | **27** YOKEFELLOWS 7:30 – 9:00PM | **28** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **Notes:** | |

CHAPEL

◄ Feb 2013 | ~ March 2013 ~ | Apr 2013 ►

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | **1** JUMAH 1:30 – 2:30PM | **2** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **3** B C SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **4** C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **5** CATHOLIC SERVICES 10:00-11:00AM | **6** | **7** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **8** JUMAH 1:30 – 2:30PM | **9** HE SAID "COME &SEE" 1:00-2:45PM |
| **10** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **11** D AMBASSADORS OF HOPE MINISTRIES 6:30 – 8:00PM | **12** CATHOLIC SERVICES 10:00-11:00AM | **13** YOKEFELLOWS 7:30 – 9:00PM | **14** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **15** JUMAH 1:30 – 2:30PM | **16** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **17** A G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **18** G AMBASSADORS OF HOPE MINISTRIES 6:30 – 8:00PM | **19** CATHOLIC SERVICES 10:00-11:00AM | **20** | **21** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **22** JUMAH 1:30 – 2:30PM | **23** HE SAID "COME &SEE" 1:00-2:45PM |
| **24** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **25** F AMBASSADORS OF HOPE MINISTRIES 6:30 – 8:00PM | **26** CATHOLIC SERVICES 10:00-11:00AM | **27** YOKEFELLOWS 7:30 – 9:00PM | **28** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **29** JUMAH 1:30 – 2:30PM | **30** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **31** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | | | | | | |

Notes:

CHAPEL

# ~ April 2013 ~

◄ Mar 2013     May 2013 ►

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | **1** C. AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **2** CATHOLIC SERVICES 10:00-11:00AM | **3** CELEBRATE RECOVERY 6:00 – 8:00PM | **4** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **5** JUMAH 1:30 – 2:30PM | **6** HE SAID "COME &SEE" 1:00-2:45PM |
| **7** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **8** D. AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **9** CATHOLIC SERVICES 10:00-11:00AM | **10** YOKEFELLOWS 7:30 – 9:00PM | **11** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **12** JUMAH 1:30 – 2:30PM | **13** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **14** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **15** G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **16** CATHOLIC SERVICES 10:00-11:00AM | **17** CELEBRATE RECOVERY 6:00 – 8:00PM | **18** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **19** JUMAH 1:30 – 2:30PM | **20** HE SAID "COME &SEE" 1:00-2:45PM |
| **21** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **22** F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **23** CATHOLIC SERVICES 10:00-11:00AM | **24** YOKEFELLOWS 7:30 – 9:00PM | **25** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **26** JUMAH 1:30 – 2:30PM | **27** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **28** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **29** C. AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **30** CATHOLIC SERVICES 10:00-11:00AM | Notes: | | | |

# CHAPEL

## ~ May 2013 ~

◄ Apr 2013 | | | | | | Jun 2013 ►

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | **1** CELEBRATE RECOVERY 6:00 – 8:00PM | **2** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **3** JUMAH 1:30 – 2:30PM | **4** HE SAID "COME & SEE" 1:00-2:45PM |
| **5** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **6** | **7** CATHOLIC SERVICES 10:00-11:00AM D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **8** YOKEFELLOWS 7:30 – 9:00PM | **9** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **10** JUMAH 1:30 – 2:30PM | **11** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **12** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **13** | **14** CATHOLIC SERVICES 10:00-11:00AM G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **15** CELEBRATE RECOVERY 6:00 – 8:00PM | **16** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **17** JUMAH 1:30 – 2:30PM | **18** HE SAID "COME & SEE" 1:00-2:45PM |
| **19** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **20** | **21** CATHOLIC SERVICES 10:00-11:00AM F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **22** YOKEFELLOWS 7:30 – 9:00PM | **23** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **24** JUMAH 1:30 – 2:30PM | **25** GOING FOR THE GOLD 1PM – 2:45PM DISCIPLESHIP 3:00 – 4:30PM |
| **26** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **27** | **28** CATHOLIC SERVICES 10:00-11:00AM C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **29** | **30** TALEEM 1:30P – 2:30P ALCOHOLICS ANONYMOUS 6:30 – 8:00PM | **31** JUMAH 1:30 – 2:30PM | **Notes:** |

**CHAPEL**

## ◄ May 2013 — ~ June 2013 ~ — Jul 2013 ►

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | | **1** HE SAID "COME &SEE" 1:00–2:45PM |
| **2** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30–8:00PM | **3** | **4** CATHOLIC SERVICES 10:00–11:00AM D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **5** CELEBRATE RECOVERY 6:00–8:00PM | **6** TALEEM 1:30P–2:30P ALCOHOLICS ANONYMOUS 6:30–8:00PM | **7** JUMAH 1:30–2:45PM | **8** GOING FOR THE GOLD 1PM–2:45PM DISCIPLESHIP 3:00–4:30PM |
| **9** A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30–8:00PM | **10** | **11** CATHOLIC SERVICES 10:00–11:00AM G AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **12** YOKEFELLOWS 7:30–9:00PM | **13** TALEEM 1:30P–2:30P ALCOHOLICS ANONYMOUS 6:30–8:00PM | **14** JUMAH 1:30–2:30PM | **15** HE SAID "COME &SEE" 1:00–2:45PM |
| **16** C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30–8:00PM | **17** | **18** CATHOLIC SERVICES 10:00–11:00AM F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **19** CELEBRATE RECOVERY 6:00–8:00PM | **20** TALEEM 1:30P–2:30P ALCOHOLICS ANONYMOUS 6:30–8:00PM | **21** JUMAH 1:30–2:30PM | **22** GOING FOR THE GOLD 1PM–2:45PM DISCIPLESHIP 3:00–4:30PM |
| **23** B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30–8:00PM | **24** | **25** CATHOLIC SERVICES 10:00–11:00AM C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | **26** YOKEFELLOWS 7:30–9:00PM | **27** TALEEM 1:30P–2:30P ALCOHOLICS ANONYMOUS 6:30–8:00PM | **28** JUMAH 1:30–2:30PM | **29** HE SAID "COME &SEE" 1:00–2:45PM |
| **30** D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30–8:00PM | Notes: | | | | | |

CHAPEL

◄ Jun 2013 ~ July 2013 ~ Aug 2013 ►

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 CATHOLIC SERVICES 10:00-11:00AM | 3 CELEBRATE RECOVERY 6:00-8:00PM TALEEM 1:30P-2:30P | 4 | 5 JUMAH 1:30-2:30PM | 6 GOING FOR THE GOLD 1PM-2:45PM DISCIPLESHIP 3:00-4:30PM |
| 7 A SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | 8 | 9 AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | 10 YOKEFELLOWS 7:30-9:00PM | 11 TALEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | 12 JUMAH 1:30-2:30PM | 13 HE SAID "COME &SEE" 1:00-2:45PM |
| 14 C AND G SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | 15 | 16 C AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | 17 CELEBRATE RECOVERY 6:00-8:00PM | 18 TALEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | 19 JUMAH 1:30-2:30PM | 20 GOING FOR THE GOLD 1PM-2:45PM DISCIPLESHIP 3:00-4:30PM |
| 21 B SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | 22 | 23 F AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | 24 | 25 TALEEM 1:30P-2:30P ALCOHOLICS ANONYMOUS 6:30-8:00PM | 26 JUMAH 1:30-2:30PM | 27 HE SAID "COME &SEE" 1:00-2:45PM |
| 28 D AND F SUNDAY SERVICE ALCOHOLICS ANONYMOUS 6:30-8:00PM | 29 | 30 D AMBASSADORS OF HOPE MINISTRIES 6:30 TO 8:00PM | 31 YOKEFELLOWS 7:30-9:00PM | Notes: | | |