# EXHIBIT "5"



**U.S. Department of Justice**
Federal Bureau of Prisons

# Technical

# Reference

|  |  |
|---|---|
| **OPI:** | CPD |
| **NUMBER:** | T5360.01 |
| **DATE:** | 3/27/2002 |
| **SUBJECT:** | Practical Guidelines for Administration of Inmate Religious Beliefs and Practices |

# Inmate Religious Beliefs and Practices

## RELIGIOUS DIETS

### INTRODUCTION

Descriptions of religious dietary requirements of the various religions are excerpted from the chapters and compiled for ready reference.

These dietary requirements must be read in conjunction with the most recent version of Program Statement 5360, Religious Beliefs and Practices (cf. 28 CFR 548.20 and the implementing text) and the current Operations Memorandum, Holy Days Calling for Work Proscription and Public Fast Days for Inmates, Recognition of. Each individual inmate who requests to participate in the Alternative Diet Program will need to be personally interviewed by the chaplain.  The religious dietary accommodations made for each inmate will be based on the results of the interview and sound professional and correctional judgement.

### BUDDHISM

Most Buddhists follow a vegetarian diet even though this is not a precept of the faith.  The precept concerning not eating after noon (12pm) may be followed by some.  The sixth precept is "to refrain from eating at the forbidden time (i.e. after noon)." Self-selection from the main line which includes the no-flesh option is recommended for Buddhist adherents.

### EASTERN RITE CATHOLICISM

All Eastern Rite Catholics over the age of fourteen must abstain from meat on Fridays during Lent, Holy Saturday, Christmas Vigils, and the Vigil of the Epiphany.  In the United States, members are urged to abstain on Wednesdays during Lent, but this is not mandatory.  Members are to fast and abstain on the Monday before Ash Wednesday and on Good Friday.  Abstinence consists of no meat, eggs, or dairy products.  These requirements can be met by self-selection from the main line, which includes the no-flesh option.

### HINDUISM

Because of the Hindu belief that all life contains an *atman*, strict vegetarianism is preferred but not generally required. Their religious dietary needs can, ordinarily, best be met by self-selection from the main line which includes the no-flesh option.

## ISLAM

An Islamic food regimen is made up of Halal foods.  In Arabic,
Halal means lawful.  Haram means unlawful.  Everything that is
not unlawful is considered Halal.  Only a few food items are
Haram.  Zaheer Uddin states in his book, **A Handbook of Halaal &
Haraam Products,** "The rule is that everything is Halaal unless
explicitly forbidden." (P. 10)

b.   Muslims are forbidden to consume the following foods which
     are Haram:

     #    Pork, pork by-products and pork derivatives, including
          bacon, ham, pork chops, spare ribs, and
          lard/shortening.  Muslims are not allowed to touch
          anything made with pork contents.  In work assignments
          gloves may be worn where pork is present.

     #    All types of blood, except the liver and spleen and
          insignificant amounts of blood that are impossible to
          drain even in proper slaughtering.

     #    The meat of any animal that has died naturally, has
          been killed by strangling, has been killed by a violent
          blow, has been killed by a headlong fall, has been
          gored to death, has been partially eaten by a wild
          animal (unless it can be slaughtered before it is
          dead), or been sacrificed as an offering to idols.

     #    Carnivorous animals and almost all reptiles and
          insects.

     #    Wine, ethyl alcohol and spirits.

c.   The following products are definitely Halal:

     #    Milk from cows, sheep, camels and goats;

     #    Honey;

     #    Fish;

     #    Plants which are not intoxicants;

     #    Fresh or naturally frozen vegetables and fresh and
          dried fruits.

     #    Legumes and nuts like peanuts, cashew nuts, walnuts,
          etc.

     #    Grains such as wheat, rice, rye, barley, oat, etc.

### JUDAISM

Jewish diet is closely regulated by the Torah.  Jewish inmates
wishing to observe their religious dietary laws are eligible for
the religiously certified food component of the Alternative Diet
Program.  A more thorough explanation of Jewish dietary laws is
found in Appendix B of the chapter on Judaism.

### MOORISH SCIENCE TEMPLE OF AMERICA

Moorish-Americans are prohibited from eating any pork products.
Their religious dietary needs can, ordinarily, best be met
through self-selection from the main line, including the no-flesh
option.

### NATION OF ISLAM

On December 1, 1998, Minister Louis Farrakhan, delineated the
principle of gradualism and encouraged Nation of Islam members to
no longer eat meat or fish. Pork and pork by-products are
prohibited in any NOI diet.

The religious diet of NOI members can, ordinarily, best be met
through self-selection from the mainline, which includes the
no-flesh option.

For a description of the Principle of gradualism and a summary of
**How to Eat to Live** by Elijah Muhammad, please read the Chapter on
the Nation of Islam (pages 14 and 15).

### NATIVE AMERICAN

There are no special dietary requirements.  Occasionally an
individual may desire to fast for a specific purpose.  If the
spiritual fast continues for an extended period of time, the
chaplain should be consulted.  Since these are private fasts, no
special meal accommodations need to be made.

### ODINISM/ASATRU

No special dietary standards exist.  Pork, however, is considered
sacred to the God Frey, and is generally eaten at the Yule Feast.
Self-selection from the main line, including the no-flesh option,
generally meets the dietary requirements of Ásatrú inmates.

### PROTESTANT CHRISTIANITY

While individuals may choose to exercise self-control in the area
of personal food consumption, religious-oriented dietary mandates
are not a part of the teachings of Protestantism.  Self-selection
from the main line, including the no-flesh option, generally
meets the dietary requirements of Protestant Christian inmates.

### RASTAFARI

Some Rastas eat I-tal foods.  Ordinarily, the dietary needs for
Rastafarians can best be met by self-selection from the main line
which includes the no-flesh option.

Meat may or may not be a part of the individual's diet.  Fish,
however, is a staple of I-tal foods as long as the fish is small,
not more than 12 inches long.  Scavengers of the earth or of the
sea, such as pigs, crabs and lobsters respectively, are forbidden
to be eaten.  As a result, many Rastafarians are vegetarians.

### ROMAN CATHOLIC CHRISTIANITY

Lent:  During Fridays of Lent Catholics are expected to abstain
from meat.  On Ash Wednesday and Good Friday, Catholics are asked
to abstain from meat and also fast.  Minimum fasting is to eat no
more than one full meal on a fast day.  Two smaller meatless
meals, amounting to less than a full meal, are permitted to
sustain physical strength.   These norms apply to persons over
fourteen years of age and apply only until age sixty.  With the
availability of the no-flesh option on mainline in every
institution, Catholic inmates are able to meet the dietary needs
through self-selection.  No other arrangements need to be made.

Religious diets and Catholic inmates:  Catholic inmates
ordinarily do not need to be on the certified food religious
diet.  There is no requirement in the Catholic religion for a
special religious diet.  They may participate in the self-serve
religious diet for personal religious reasons if they so desire.
Catholic inmates should be counseled on the importance of
self-discipline in their diet and the importance of freely
choosing to eat in a healthy manner which is pleasing to God.
People honor and glorify God and purify their bodies by the
disciple of choosing to eat correctly.  When an inmate requests
to be placed on a religious diet, the chaplain may use that time
to help guide the inmate about what constitutes a healthy diet.

### SIKH DHARMA

The religious diet of Sikh Dharma inmates can, ordinarily, best
be met through self-selection from the main line, which includes
the no-flesh option.

### WICCA

No universal dietary standard exists for Wicca.  Self-selection
from the main line, including the no-flesh option, generally
meets the Wiccan dietary requirements.

## 5. DIETARY STANDARDS

a.   An Islamic food regimen is made up of Halal foods.  In
     Arabic, Halal means lawful.  Haram means unlawful.
     Everything that is not unlawful is considered Halal.  Only a
     few food items are Haram.  Zaheer Uddin states in his book,
     **A Handbook of Halaal & Haraam Products,** "The rule is that
     everything is Halaal unless explicitly forbidden." (P. 10)

b.   Muslims are forbidden to consume the following foods which
     are Haram:

     #   Pork, pork by-products and pork derivatives, including
         bacon, ham, pork chops, spare ribs, and
         lard/shortening.  Muslims are not allowed to touch
         anything made with pork contents.  In work assignments
         gloves may be worn where pork is present.

     #   All types of blood, except the liver and spleen and
         insignificant amounts of blood that are impossible to
         drain  even in proper slaughtering.

     #   The meat of any animal that has died naturally, has
         been killed by strangling, has been killed by a violent
         blow, has been killed by a headlong fall, has been
         gored to death, has been partially eaten by a wild
         animal (unless it can be slaughtered before it is
         dead), or been sacrificed as an offering to idols.

     #   Carnivorous animals and almost all reptiles and
         insects.

     #   Wine, ethyl alcohol and spirits.

c.   The following products are definitely Halal:

     #   Milk from cows, sheep, camels and goats;

     #   Honey;

     #   Fish;

     #   Plants which are not intoxicants;

     #   Fresh or naturally frozen vegetables and fresh and
         dried fruits.

     #   Legumes and nuts like peanuts, cashew nuts, walnuts,
         etc.

     #   Grains such as wheat, rice, rye, barley, oat, etc.

## APPENDIX B
## KOSHER LAWS

Judaism places its distinctive imprint on the most ubiquitous
practice of all, the eating experience, in what are known as the
kosher laws. "Kosher" is a Hebrew word now found in standard
English dictionaries. It implies being acceptable, passing the
grade. While kosher laws do insure a great degree of
cleanliness, all kosher food is not necessarily hygienically
pure, just as hygienic food is not necessarily kosher. In fact,
a hog could be raised in a incubator, given antibiotics, bathed
daily and slaughtered in a hospital operating room without
rendering kosher the pork chops it yields.

There are many principles mandated by Jewish law which determine
how a kosher animal is to be selected, how it is to be processed
in accordance with religious, humane, and hygienic standards, and
finally which parts of a kosher animal may not be ingested. It
must be stressed that an observant Jew observes kosher not
because it provides pleasure nor because kosher food is healthy,
but because kosher laws are regarded as Divine commandments.
"Kosher" is a religious term with very specific meanings. It is
more than a diet. Its applicability is determined by established
religious criteria. It does not stand for ethnic cooking or
cuisine. Jewish inmates desiring to eat kosher food must join
the Alternative Diet Program as it is the only approved religious
diet throughout the Bureau of Prisons.

What Foods Are Kosher?

\#    All fresh vegetables and fruits are kosher.

\#    Only meats derived from split-hoofed and cud-chewing animals
     qualify as kosher. In effect, this excludes all beasts of
     prey, swine, insects, rodents and reptiles.

\#    Among fish and seafood, only those with fins and scales are
     kosher. This rule quickly eliminates all shellfish, such as
     lobsters, shrimp, oysters, clams, mussels, scallops, etc.

\#    Birds designated by the Torah as kosher are: chicken, turkey
     and ducks.

\#    Birds of prey, such as, eagles, vultures, falcons, hawks,
     and owls are forbidden.

\#    All insects are forbidden. It is therefore, traditional to
     examine fresh fruits and vegetables for insects before
     serving them.

Religious Beliefs and Practices TRM

Kosher Endorsements

Many processed foods may not be kosher because they may contain
non-kosher ingredients.  Examples of questionable ingredients are
shortening, enzymes, amino acids, gelatin, softeners, stearic
acid, grape derivative and glycerin.  It is, therefore, necessary
that all foods prepared for religious diet consumption meet the
strict definition of kosher.

Accordingly, when institutions purchase food they must insist
that the food have a reliable kosher endorsement from one of the
many nationally recognized kosher supervisory organization.  Each
organization maintains its own kosher symbol.  It is highly
recommended that **only nationally recognized kosher symbols** be
accepted for the religious diet program.

Included below are six major kosher supervising agencies and
their symbols.  Food certified by the first four agencies only
are used in Bureau facilities:

Union of Orthodox Jewish Congregations
45 West 36th Street
New York, New York 10018
(212) 563-4000



Organized Kashrus Laboratories
P.O. Box 218
Brooklyn, NY 11204
(718) 756-7500



"KOF-K" Kosher Supervision Service
1444 Queen Anne Road
Teaneck, NJ 07666

(201) 837-0500



"Star-K" Kosher Certification
11 Warren Road
Baltimore, MD 21208-5234
(410) 484-4110



Central Rabbinical Congress
(Hisachdus Harabonim)
85 Division Street
Brooklyn, New York 11211
(718) 384-6765



KAJ Kahal Adas Jeshurun (Breuer's)
85-93 Bennett Ave.
New York, NY 10033
(212) 923-3582



The letter K by itself is unprotected by copyright law and may be
used with impunity.  It is important for food service supervisors
and purchasing agents to know that food items marked with a
simple K, without design, may not necessarily be kosher and must
not be included in the Religious Diet Program.

Food Additives

The following is a list of food additives and their relationship
to kosher acceptability.

\#   **Acetic Acid**:  Vinegar and products containing vinegar must
     have kosher control to guarantee that the origin of the
     vinegar is neither wine nor wine alcohol.

\#   **Cream of Tartar** (Tartaric Acid):  It is produced by the
     aging and baking of wine residue obtained from wine barrels.
     Kosher guarantees are necessary to confirm this process.

\#   **Enzymes**:  A natural substance produced by living cells.
     Enzymes can be derived from animal tissue.  Therefore,
     products produced with enzymes must be effectively kosher
     controlled.

\#   **Flavors**:  These are produced by a synthetic chemical
     process, either from fats and oils of animal or vegetable
     origin, or from petrochemicals.  Therefore, the kosher
     status of a flavor formulation can be determined only after
     review of the flavor ingredients.

\#   **Food Coloring**:  Kosher control is necessary to guarantee
     both the source of the colorings and its additives.

\#   **Glycerides**:  Produced from fats of both animal and vegetable
     origin.  Kosher is guaranteed only when the entire
     production process is under full kosher control.

\#    **Glycerin**:  May be derived from both animal and vegetable
      products.  Only when the origin of the glycerin is kosher
      guaranteed may the glycerin be accepted as kosher.

\#    **Hydrogenated Vegetable Shortening and Oil**:  This product may
      contain non-kosher ingredients or may have been produced in
      a non-kosher facility.  It may be accepted as kosher only
      when the entire production process and sources of raw
      materials are under full kosher control.

\#    **Lard**:  Lard is purified hog fat.  It is not kosher.

\#    **Stearic Acid**:  It is an acid found in both animal and
      vegetable fats.  Therefore, kosher is guaranteed only when
      production is under full kosher control.

\#    **Turmeric**:  It is a spice commercially available as ground
      powder or oleoresin extract.  Since oleoresin is produced
      with glycerides, the origin must be controlled in order to
      guarantee kosher.

\#    **Whey**:  It is a milk by-product used in the production of
      cheese, ice cream, candy, etc.  It cannot be eaten with meat
      and may be accepted as kosher only when produced under
      kosher supervision.

<u>Milk and Meat Mixtures</u>

Jewish people observing kosher dietary laws may not combine meat
and dairy products.  Meat, including fowl such as chicken or
turkey and products containing them, and dairy foods may not be
cooked together, served at the same meal, or even served or
prepared with the same kitchenware and tableware.  Accordingly,
it is necessary to maintain separate cooking and eating utensils
for meat and dairy dishes.  They must be properly marked or
easily distinguished by color or design, etc.

It is important to note that not all coffee creamers and butter
substitutes labeled "non-dairy" are in fact non-dairy according
to kosher laws.  Some contain sodium caseinate, which is derived
from milk, making it a dairy product which cannot be used at a
meat or fowl meal.  It is therefore necessary to insure that
cream substitutes and margarine served with meat or fowl are not
dairy products.  A specific time period must elapse after one has
eaten meat or fowl before one may eat a dairy product.
Acceptable practices range from one hour to a six-hour waiting
period.  However, after one has eaten dairy, one may rinse his
mouth, eat a neutral food, and then proceed to eat meat or fowl.

The same washing machines and ovens (including microwave ovens,
unless the items are double wrapped) may not be used for meat and
dairy foods even though both foods are kosher.  For this reason,
it is essential that the religious diet program provide
disposable styrofoam, plastic, or paper utensils and tableware if
inmates request this.

Fish, vegetables, fruits, and pasta products are considered
neutral (or *parve*) and may be eaten with all other kosher foods.
As noted above, a kosher food item that is cooked, baked, or
prepared in a utensil or oven which had been used for non-kosher
food or prepared with non-kosher cutlery renders the kosher food
non-kosher.  For example, a kosher egg boiled in a non-kosher pot
becomes non-kosher.   The one exception is, if kosher food is
double <u>sealed</u> it may be heated in a non-kosher oven but the
double seal must be maintained throughout the heating process.
Thus, pre-packaged meats or "TV-style" meals provided by kosher
vendors and double-sealed in plastic wrap may be heated in
standard ovens or microwaves.

It is imperative that religiously certified food be prepared in a
secure area and that all preparatory equipment including ovens,
vessels, knives, other utensils, etc., be used and maintained
exclusively in the Religious Diet Program.  The use of disposable
items is highly recommended because it will help avoid potential
problems and mishaps.  All those engaged in the preparation of
religiously certified meals need to be well trained and acutely
aware of the kosher rules.

After all is said and done, what is the primary aim of the kosher
laws?  One realization becomes clear:  for whatever reason God
chose to give the Jews these limitations on food, the functional
goal they serve is to render the people distinct, thus
discouraging assimilation into indigenous populations and faith
groups.  They also serve as constant cues, especially while
traveling or incarcerated, that observant Jews have many
religious obligations.  It is suggested that copies of this
section regarding kosher laws be provided to all food service
administrators and purchasing agents.

**RELIGIOUS BELIEFS AND PRACTICES**
**MOORISH SCIENCE TEMPLE OF AMERICA (SECTION A)**

## 1.  RELIGIOUS PRACTICES

### A.  REQUIRED DAILY OBSERVANCES

A good Moslem prays both day and night.  All Moorish-Americans,
i.e. members of the Moorish Science Temple of America (MST of A),
must keep their hearts and minds pure with love and their bodies
clean with water.  They are to treat men with friendship and have
a great appreciation for womanhood.  They must live a life of
love, and live the teachings of Islam.

Moorish-Americans do not eat pork or anything that will harm
them.  The Holy Prophet Noble Drew Ali did not drink or smoke and
he told the Moors to imitate him.  Moors are not to use anything
that would serve to shorten their life or destroy themselves.

### B.  REQUIRED WEEKLY OBSERVANCES

All Moorish-Americans are required to attend congregational
worship services on Friday which is the Holy Day, and to attend
Sunday School classes on Sunday.

Worship in congregation is very important for Moslems because the
Prophet Mohammed said that it is 27 times more valuable to
worship in congregation than to worship alone.

Holy Day Service is opened with the saying of the Moorish-
American Prayer in unison by the congregation.  This prayer is
led by the Chairman of the Temple.  After the prayer, the
Chairman reads the Divine Laws from the Holy Prophet Noble Drew
Ali by which all Moors are bound.  The Chairman then reads from
the Holy Koran of the Moorish Science Temple of America to the
audience.

The Chairman calls speakers and officials to speak religious
sermons to the audience, and these speeches must conform to the
Divine Principles of Love, Truth, Peace, Freedom and Justice.
These speakers must base their sermons on the teachings of the
Holy Koran of the Moorish Science Temple of America and those of
Allah's Prophets.  No speech is to be radical nor inflammatory
against anyone or any organized group.  Speakers are to try to
limit their speeches to 15 minutes.

The Chairman is to call on the speakers in an order, that the
highest ranking official speak last.  At this end of every
meeting, there is a "Warning" from the Holy Prophet that is read.
Then the meeting is closed with the repeating of the Moorish-
American Prayer in unison.

Religious Beliefs and Practices TRM

Sunday School is opened in the same manner as a Holy Day Meeting, then the Chairman turns the class over to the Sunday School teacher.  The class is taught from a booklet called the Questionnaire, and continues into the study of the Holy Koran of the Moorish Science Temple of America.  After the class, there is a reading of the "Warning" for all to hear, and the audience is led in the reciting of the Moorish-American Prayer.

## C.   REQUIRED OCCASIONAL OBSERVANCES

1.   Moorish-American Tag Day          - March 17th

2.   Anniversary of the Young People
     Moorish National League           - First Saturday in
                                         December

3.   Anniversary of the Sisters'
     Auxiliary                         - Third Saturday in
                                         December

## D.   REQUIRED HOLY DAYS

The following holy days are days of work proscription.

1.   January 8

     #    Prophet Noble Drew Ali's Birthday.

2.   January 15

     #    Moorish-American New Year.

## 2.   RELIGIOUS ITEMS

## A.   PERSONAL RELIGIOUS ITEMS

1.   Fez (Red color only);
2.   **Holy Koran** of the MST of A;
3.   Wallet-size picture of Noble Drew Ali;
4.   Circle Seven medallion and chain; and,
5.   Two small lapel pins.

**Fezzes and Lapel pins:**

Fezzes and lapel pins may be worn during services in the Chapel area only.

**B.  CONGREGATE RELIGIOUS ITEMS**

1.    **Holy Koran** of the MST of A;
2.    Questionnaire;
3.    Humanity Book;
4.    Moorish Literature;
5.    Divine Constitution and By-Laws;
6.    Moorish-American Newspaper;
7.    A Moorish Flag and an American Flag is to be displayed at
      every Temple or Branch Temple meeting;
8.    A Charter or Warrant of Authority is to be issued to every
      Temple or Branch Temple, which is to be displayed in front
      of the meeting place before the audience;
9.    Branch Temple Information;
10.   Oral Statements of Prophet Noble Drew Ali;
11.   Picture of Prophet Noble Drew Ali;
12.   Picture of "The Great Meeting Is On"; and,
13.   Mufti Law Books.

**3.  REQUIREMENTS FOR MEMBERSHIP**

**A.  REQUIREMENTS**

Membership is free, not only here (U.S.A.) but all over the
world.  All members must proclaim their Nationality.  Also,
members must proclaim and practice Love, Truth, Peace, Freedom
and Justice, preserve the Holy and Divine laws of the Moorish
Science Temple of America, and obey the laws of the government.

Members must promptly attend their meetings and become a part and
a partial of all uplifting acts of the Moorish Science Temple of
America.

| Nationality Cards: |
|---|
| Nationality Cards are not authorized in Bureau institutions. Inmates may only have one ID card in their possession–which is their Commissary ID card. |

**B.  TOTAL MEMBERSHIP**

The Moorish Science Temple of America's membership count is not
known accurately, but there could be over 1,000,000 card carrying
members around the country.  There are over 260 Branch Temples.

## 4.  MEDICAL PROHIBITIONS

Moorish-Americans are expected to submit to prescribed medical
treatment by doctors, dentists, or other health specialists.

## 5.  DIETARY STANDARDS

Moorish-Americans are prohibited from eating any pork products.
Their religious dietary needs can, ordinarily, best be met
through self-selection from the main line, including the no-flesh
option.

## 6.  BURIAL RITUALS

A funeral service is conducted the same as a Holy Day Service.
The ministers read from the **Holy Koran** of the Moorish Science
Temple of America, generally Chapter 4, which deals with death
and how Moors are to accept it.  At the grave site, the **Holy
Koran** is read again and there is a reciting of the Moorish-
American prayer.

## 7.  SACRED WRITINGS

    a.    **The Holy Koran** of the Moorish Science Temple of
        America;

    b.    **The Divine Constitution and By-Laws;**

    3.    **The Great Meeting is On!;** and,

    d.    **Koran Questions for Moorish Americans** (Questionnaire).

## 8.  ORGANIZATIONAL STRUCTURE

## A.  HEADQUARTERS LOCATION

The home office of the Moorish Science Temple of America is,

Moorish Science Temple of America, Inc.
6475 New Hampshire Avene, Suite 504D
Hyattsville, MD 20783
(301) 270-1300

## B.  CONTACT OFFICE/PERSON

Brother Robert Love El, Grand Sheik of the Moorish Science Temple
of America (Moderator).

Sister J. Dawson Bey, Grand National Secretary of the Moorish
Science Temple of America.

Sister C. McCraig El, Grand Governess of Institutional Branch
Temples.

> Sister C. McCraig El, Grand Governess
> 732 Webster Street N.W.
> Washington, D.C. 2001
> (202) 269-3136

Sister C. McCraig El is the person who presides over all
Institution Branch Temples throughout the U.S.A. for the Moorish
Science Temple of America, Inc.  She instructs and administers
the affairs over these Branch Temples.  Sister McCraig El has
Administrative Assistants that work for her as do representatives
who teach in the various institutions.  Also, there are Divine
Ministers that are Grand Governors or Governors over Branch
Temples that work directly with Sister McCraig El.

1.    Information for Acting Muftis

In an incarcerated setting (prison) those who protect the
property of the Branch Temples of the Moorish Science Temple of
America, Inc. are called "Acting Mufti" unless designated
otherwise by Brother R. Love El, Grand Sheik of the Moorish
Science Temple of America, Inc.

The Acting Grand Sheik is in charge of the Branch Temple, and the
Acting Muftis are selected by him.  Regardless of rank, all
Acting Muftis must operate on a basis of discipline, carrying out
the righteous instructions of the Acting Grand Sheik.

Whenever meetings are held, there is to be one Acting Mufti
seated on each side of the Chairman.  All Acting Muftis inside
the meetings are to stand, face the east and recite the Moorish
Prayer after the Chairman.

When meetings are held, no door should be locked unless
designated by prison policy.  The prison staff is allowed
entrance for security purposes.

Acting Muftis should have a meeting at least once per month where
study is facilitated by an instructor or his assistant.  There
are to be no radical or criminal issues taught at any meeting.

Neither Muftis, nor any other member, are to hold court to
resolve violations or issues.  The Acting Grand Sheik's solutions
should be the teachings of our Holy Prophet Noble Drew Ali.  If
no solution can be reached, a written request of intervention for
a decision, along with a brief statement of the incident
particulars is to be forwarded to 732 Webster Street, NW,
Washington, D.C. 20011, c/o Sister C. McCraig El, Grand Governess
of Institutional Branch Temples.  Copies also should be included

for Brother R. Love El, Grand Sheik of the Moorish Science Temple
of America, and Brother T. Foster El, Grand Mufti of the Moorish
Science Temple of America.

Religious Beliefs and Practices TRM

## RELIGIOUS BELIEFS AND PRACTICES
## MOORISH SCIENCE TEMPLE OF AMERICA (SECTION B)

### 9.  HISTORY AND THEOLOGY

### A.  BASIC HISTORY

The Moorish Science Temple of America was founded by Allah's last
Prophet in these days, who is Prophet Noble Drew Ali.   The
Moorish Science Temple of America was founded in Newark, New
Jersey in 1913.   The Prophet taught the true and divine creed of
Islam to his followers, and all that attended the meetings.

In 1925, the Holy Prophet moved to Chicago, Illinois, and set up
the headquarters of the Moorish Science Temple of America at the
Supreme Grand Major Temple.   He incorporated the Moorish Science
Temple of America in the state of Illinois in 1926.   The Prophet
sent missionaries throughout the United States, where they
established Temples in such cities as New York; Philadelphia, PA;
Newark, New Jersey; Charleston, WV; Milwaukee, WI; Detroit, MI;
Lansing, MI; Baltimore, MD; Flint, MI; and Mt. Clemens, MI.
Also, the Holy Prophet established a Temple in Mexico City,
Mexico.

Prophet Noble Drew Ali was the founder and the head official of
the MST of A from 1913 to 1929.   In July of 1929, the Prophet
passed away of illness.   In the 1929 Annual Convention, Bro. C.
Kirkman Bey wad duly elected as the head official with the title
of Supreme Grand Advisor and Moderator.   He held this office from
1929 until 1959, when he passed away.   Brother C. Kirkman Bey was
a highly educated man who spoke many foreign languages.   He was
the interpreter for the Holy Prophet Noble Drew Ali when the
Prophet attended the Pan-American Conference in Havana, Cuba in
1928.   At this conference, the Prophet represented the Moorish-
Americans.

Brother C. Kirkman Bey held firmly to the teachings, Divine
Principles, and practices of Prophet Noble Drew Ali.   Brother
Kirkman Bey was educated in Egypt, India, and the United States.
After the passing of Brother Kirkman Bey, Brother F. Nelson Bey
was elected as the Supreme Grand Advisor and Moderator, and
Served in that office until 1963.   One of the most notable
accomplishments of Brother F. Nelson Bey was that in 1941, as
Grand Governor of the state of Virginia, he established a
Moorish-American Colony in Prince George, Virginia.   The Moorish
Colony still exists today.

Brother J. Blakely Bey was elected as the next Supreme Grand
Advisor and Moderator of the Moorish Science Temple of America,
and served from 1963 until 1971.  Brother J. Blakely Bey was an
excellent teacher, who often taught the oral statements of
Prophet Noble Drew Ali.  He told of the things that the Prophet
prophesied.

In 1971, Brother R. Love El was duly elected as the Supreme Grand
Advisor and Moderator of the Moorish Science Temple of America.
In 1974, the title of his office was changes to Grand Sheik of
the Moorish Science Temple of America, (Moderator).  Allah is due
the praise that the Moorish Science Temple of America has grown
under the leadership of Brother R. Love El to over 260 Temples
and Branch Temples around the country.

## B.   THEOLOGY

1.   Allah and Islam:  Members of the Moorish Science Temple of
America believe in the Old Time Religion and Everlasting Gospel
of Islam.  They worship Allah the Great God of the Universe.  As
Moslems, the members of the Moorish Science Temple of America
worship Allah only, and are firm in that none is due worship,
thanksgiving, adoration, and praise but Allah alone.  Moorish-
Americans (Moors) honor all true and divine Prophets of Allah:
Jesus, Mohammed, Buddha, Confucius, etc.  Moors honor and
strictly adhere to the true and divine creed of Islam brought by
Prophet Noble Drew Ali, who is the last Prophet in these days.
The Moorish-Americans believe in reincarnation, thus we honor
Prophet Noble Drew Ali, Jesus, Mohammed, Buddha, Confucius, Noah
and many of the Prophets of Allah as being the same person
reincarnated.

2.   Prophet Noble Drew Ali:  As Jesus was the pattern for men in
his day and Mohammed was the pattern for men in his day, the
Moorish-Americans are to pattern their lives after Prophet Noble
Drew Ali.  They are to live the divine Principles of Love, Truth,
Peace, Freedom and Justice.  The holy Prophet Noble Drew Ali
taught the Moors to learn to love instead of hate.  Allah is
Love, and men need to love to be in harmony with Allah.

3.   **Holy Koran**:  As Moslems, the Moorish-Americans' Holy Day is
Friday, which is the Holy Day for Moslems all over the world.
The holy book that the Moorish-Americans study from is the **Holy
Koran** of the Moorish Science Temple of America, which is united
with the **Holy Koran** of Mecca.  Member of the Moorish Science
Temple of America honor all of the sacred books that Allah sent
to man though His Prophets.  Moors are taught to honor man,
because when they honor man, they honor Allah.

4.   Moorish American Prayer:  The Moorish American prayer is as
follows:

> Allah, the Father of the Universe,
> The Father of Love, Truth, Peace, Freedom
> and Justice, Allah is my Protector
> My Guide and my Salvation
> By Night and by Day.   Thru
> His Holy Prophet, Drew Ali.   Amen.

5.   Divine Constitution and By-Laws:

Act 1.   The Grand Sheik and the chairman of the Moorish Science
Temple of America is in power to make law and enforce
laws with the assistance of the Prophet and the Grand
Body of the Moorish Science Temple of America.   The
assistant Grand Sheik is to assist the Grand Sheik in
all affairs if he lives according to Love, Truth,
Peace, Freedom and Justice and it is known before the
member of the Moorish Science Temple of America.

Act 2.   All meetings are to be opened and closed promptly
according to the circle seven and Love, Truth, Peace,
Freedom and Justice.   Friday is our Holy Day of rest,
because on a Friday the first man was formed in flesh
and on a Friday the first man departed out of flesh and
ascended unto his father God Allah, for that cause
Friday is the Holy day of all Moslems all over the
world.

Act 3.   Love, Truth, Peace, Freedom and Justice must be
proclaimed and practiced by all member of the Moorish
Science Temple of America.   No member is to put in
danger or accuse falsely his brother or sister on any
occasion at all that may harm his brother or sister,
because Allah is Love.

Act 4.   All members must preserve these Holy and Divine laws,
and all members must obey the laws of the government,
because by being a Moorish American, you are a part and
partial of the government, and must live the life
accordingly.

Act 5.   This organization of the Moorish Science Temple of
America is not to cause any confusion or to overthrow
the laws and constitution of the said government but to
obey hereby.

Act 6.   With us all members must proclaim their nationality and
we are teaching our people their nationality and their
divine creed that they may know that they are a part
and a partial of this said government, and know that
they are not Negroes, Colored Folks, Black People or
Ethiopians, because these names were given to slaves by

slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways.   The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

Act 7.     All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America.   Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then you are entitled to the name of, "Faithful".  Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household.  Sons and daughters must obey fathers and mother and be industrious and become a part of the uplifting of fallen humanity.  All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water.  This Divine Covenant is from your Holy Prophet Noble Drew Ali, thru the guidance of his Father God Allah.

## 10.   RESOURCE MATERIALS

## A.   PERIODICALS

**Moorish-American Voice**
6475 New Hampshire Avenue, Suite 504D
Hyattsville, MD 20783
(301) 270-1300

## B.   RESOURCES/SUPPLIES

Moorish-American Publishing Company and Supply House
Sister J. Dawson Bey
6475 New Hampshire Avenue, Suite 504D
Hyattsville, MD 20783
(301) 270-1300

Moorish Productions
1000 North Hoyne Street
Chicago, IL 60622