# EXHIBIT "6"

# INMATE REQUEST SLIP TO STAFF MEMBER

**INMATES NAME:** Kelly David   **DATE:** 6-12-06   **TIME:** 20:20 PM   **OFFICERS INITIALS:** KMW-09

**MAIN BLDG.:** ☐ A BLOCK  ☒ B BLOCK  ☐ C BLOCK  ☐ D BLOCK  ☐ RHU  ☐ HOLDING

**ANNEX BLDG.:** ☐ J BLOCK  ☐ K BLOCK  ☐ L BLOCK  ☐ M BLOCK  ☐ N BLOCK

STATE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, BE BRIEF BUT COMPLETE

* IF REQUESTING APPOINTMENTS, TRANSPORTATION, ETC. INCLUDE: NAME, ADDRESS & TELEPHONE NUMBER(S)

This request in good faith efforts whereas I'm Requesting the following: (1) I am Requesting Permission for A "No Red Meats" Diet that Confirms to my Islamic Dietary by laws As A Moorish American Moslem under my 1st Amendment Rights to Practice, my Religious, faith and Conviction of my sincere Islamic belief, practices, Customs and Also way of life! (2) I would like the following Numbers Added to my telephone Debit Account which are 717-360-5376; 717-658-0744 and 717-658-2302 (3). (3) I would like to Request Permission to Received ~~[redacted]~~ A Book Called The Autobiograph of Noble Drew Ali Exhuming of A Nation that's Coming from a bookstore that Contains my Religious teachings and Practice of my Moorish American Islamic faith and Constitutional Divine by laws. (4) I am Requesting to See Deputy Warden Ms. Wolfe or the Counselor of Treatment A.S.A.P! your effort to Reply to this Request and Also ~~[redacted]~~ provide my Requested needs would be sincerely and highly Appreciated

Thank you sincerely,
David F. Kelly El-Bey

**INMATE'S SIGNATURE:**

INMATES DO NOT WRITE BELOW THIS LINE, FOR STAFF USE ONLY

**REFERRED TO:** (1) Medical   **REFERRED BY:** BN   **DATE:** 6-14-06
(4) Treatment
(2) Newman
(3) Ehman

**ANSWER/REMARKS:** #1) Moors eat no pork. We serve no pork.
#3) Approved, to come from a bookstore purchased by you
#4) Regarding what?

CCISE.
W.W.

**DATE:** 6/19/06   **STAFF SIGNATURE:** J. Wolfe

☐ APPROVED  ☐ DISAPPROVED  ☒ NEED MORE INFORMATION  ☐ SEE ATTACHMENTS

F.C.D.O.C. 101 REVISED 11/93

FYI: Rev. B.