# EXHIBIT "7"

*Chaplin/Rev. Burkholder*

# INMATE REQUEST SLIP
## TO STAFF MEMBER

INMATES NAME: Kelly David  DATE: 6-20  TIME: 5  PM  OFFICERS INITIALS: EJ

MAIN BLDG.: [X] A BLOCK  [ ] B BLOCK  [ ] C BLOCK  [ ] D BLOCK  [ ] RHU  [ ] HOLDING

ANNEX BLDG.: [ ] J BLOCK  [ ] K BLOCK  [ ] L BLOCK  [ ] M BLOCK  [ ] N BLOCK

STATE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, BE BRIEF BUT COMPLETE

* IF REQUESTING APPOINTMENTS, TRANSPORTATION, ETC. INCLUDE: NAME, ADDRESS & TELEPHONE NUMBER(S)

Chaplin Burkholder / Rev. B.

I Am Requesting that I and other Moorish Inmate's be Allowed Moorish American Islamic Service in your Chaplin Area and that we be provide with the Necessary Materials to function As A bonifide Religious Group. Therefore, my Suggestion would be that you Contact Bro. Elihu N. Pleasant-Bey AT 1-901-210-0229 to findout what Religious materials he Recommanded you Provide us moors with to Aviod Denying us Religious Services on Friday As Required under our Divine by law and Moorish Constitution. since Deputy Warden Wolfe stated that the Book Called the Autobiography of Noble Drew Ali "Exhuming of A Nation" by Bro. Pleasant-Bey is not an essential Requirement based on religious Canon or law As she put it, yet, She knows nothing about Moorish American religious teaching Period. The fact that we must be provide Religious Accommondation Required by law. your Effort and Reply to this Request After you've talked Bro. Pleasant-Bey Needed.

INMATE'S SIGNATURE: David F. Kelly El-Bey

INMATES DO NOT WRITE BELOW THIS LINE, FOR STAFF USE ONLY

REFERRED TO: Treatment  REFERRED BY: BW  DATE: 6-21-06

ANSWER/REMARKS:

Efforts continue to be made ongoingly to have someone come in for services.

CC: Rev. B.
Warden W.

DATE: 6/21/06  STAFF SIGNATURE: D. Wolfe

[ ] APPROVED  [ ] DISAPPROVED  [ ] NEED MORE INFORMATION  [ ] SEE ATTACHMENTS

F.C.D.O.C. 101 REVISED 11/93