# EXHIBIT "8"

# Franklin County Jail
## Inmate Grievance Form

For Official Use Only
Grievance Number: 11-00678

Rec'd 8/10/11 JMC

**Inmate Name:** David F. Kelly Bey # 1166765
**Date:** 8-5-11
**Signature:** David F. Kelly Bey
**Housing Location (Unit & Cell):** F-8-B

**Grievance Issues:** (Check all that Apply)
- [x] Alleged violation of civil or constitutional rights
- [x] Alleged violation of jail policy
- [x] Alleged criminal or prohibited act by a staff member
- [ ] Alleged condition existing within the facility that creates unsafe or unsanitary conditions
- [ ] Dispute about the assessment of a specific fee or service charge

**Instructions:**
1. No grievance shall be considered that deals with the amount of your bond, matters concerning your court case, probation and parole decisions, disciplinary hearings and classification hearings. No grievance will be entertained from a group or representative of any group. All grievances will be on an individual basis.
2. Grievances must be filed within five (5) days after a potential grievable event has occurred.
3. State grievance completely and thoroughly. Grievance Form will be returned to you if it is not completed properly.
4. Grievances containing obscene language, threats or vulgar remarks will not be accepted. Inmates may be subject to disciplinary action for remarks made within the grievance and no immunity will be afforded to any inmate from civil or criminal liability for any of their acts or statements.

**Statement of Grievance:** Additional paper may be used, maximum of two pages. (One Inmate Grievance Form and one one-sided 8½ X 11" page)

This Grievance is being filed in good faith whereas the Franklin County Jail officials has failed to provide inmate muslim prisoners with an Imam minister to conduct proper Islamic Services to inmate muslim prisoners that includes, among other things such as teaching Islam, Qur'an, Arabic and other related issues with the Islamic teachings. Thus, said Imam is need to conduct proper Jumah Services every Friday and other special events like Ramadan programs, Islamic festivals, and also provide Islamic Counseling and Taleem studies to Muslim inmates as well as ensuring that inmate muslim receives the proper Ramadan meals prepared and approved by registered Dietician for the month of Ramadan. Therefore, Franklin County Jail officials must comply with the mandated outlined in Accordance with Mincy V. DeParlos, 2011 U.S. Dist. Lexis 31168 and Sharp V. Johnson, 2008 U.S. Dist. Lexis 29360 To Avoid Civil liability in a Civil Action lawsuit for violation of our 1st Amendment Rights. The failure to Review the Cited Case laws to meet the proper requirements as outlined while acting under color of law is a felony and federal offense pursuant to title 18 U.S.C. § 241 and 242 Provision

**List actions taken and staff you have contacted, before submitting this grievance.**
This matter has been discussed with Deputy Warden Michelle Weller and Chaplin Burkholder and the Cited Cases herein this Grievance Complaint form must be Reviewed by the Franklin County Jail legal Review Committee or General Counsel or Attorney from the Department of Corrections as to the subject matter within this Grievance Complaint that must be immediately corrected Accordingly.

FCJ Form 300.05-1

# Franklin County Jail

## Inmate Grievance Form

**Step 1- Correctional Treatment Specialist Response:**

The required tenets of your religion have been met as deemed necessary. An Imam is unavailable, as the jail has tried. Weekly services are provided. Meals are served in accordance to tenets.

Signature: _JTurner_ Date: 08/17/11 (Must respond within 10 business days)

☑ Decision Appealed by Inmate __8-18-11__ (Date)

Rec 8/27/11 MW

**Step 2 – Deputy Wardens Responses (or Designees):**

Essential tenets of religion are met. The jail would welcome an Imam however we have been unable to find one willing to come in.

Signature: _MWelsh_ Date: 9/7/11 (Must respond within 10 business days)

Signature: _R Rago_ Date: 9/7/11

☑ Decision Appealed by Inmate __9-8-11__ (Date)   Rec 9/12/11 MW

**Step 3- Warden and County Administrator/Chief Clerk Responses (or Designees):**

We are going to attempt to reconnect with a imam.

☐ Denied  ☐ Granted  ☐ Deferred for a Formal Hearing  ☐ Damages Awarded * Amount $_____

Signature: _____ Date: 9/27/11 (Must respond within 10 business days)

Signature: _____ Date: _____

FCJ Form 300.05-1