# EXHIBIT "9"

# Franklin County Jail
## Inmate Request Slip

Inmate's Name: David F. Kelly Bey
Housing Location: G-13-B
Date: 8-28-12

**Check One:**
- [ ] Chaplain
- [ ] Classification
- [x] ~~Correctional Treatment Specialist (CTS)~~
- [ ] Mental Health
- [ ] Probation
- [ ] Programs (name) _____
- [ ] Property Clerk
- [ ] Public Defender
- [ ] Records
- [ ] Treatment
- [ ] Work Programs
- [x] Other: Deputy Warden

Name (if known): Ms. Michelle Weller, Deputy Warden of Treatment

**Instructions:** Fill out Form completely and print legibly. Provide a brief and detailed description of your question, concern, or problem. Failure to be specific may result in no action being taken. Cite only (1) question, concern, or problem. (Multiple requests require separate Inmate Request Slips)

MA'AM, Can you tell me if the Jail serves Hala Meals to Muslims Inmates to Conforms to the Religious tenets?

If the Jail does not serve Muslim Inmates a Hala Diet, then the only meal that similar to a Hala Diet is a Kosher Diet which given to Jewish inmates under Religious tenets, since it a Pork-free Diet meal!

Your Prompt Responses and Answer to this Request is highly Appreciated! Thank you

Inmate's Signature: David F. Kelly Bey

**For Official Use Only:**

Forwarded to: ___  Forwarded By: ___  Date: ___

- [ ] APPROVED
- [ ] DISAPPROVED
- [ ] NEED MORE INFORMATION
- [ ] SEE ATTACHMENT(s)

Response: Jail meals are in compliance: no pork, no blood, no carnivorous animals, no alcohol.

Staff Signature and Title: M. Weller
Date: 8/29/12

FCJ Form 300.19-1