# EXHIBIT "10"



# Franklin County Ja..
## Inmate Request Slip

| Inmate's Name: David F. Kelly Bey | Housing Location: G-13-B | Date: 8-31-12 |
|---|---|---|

**Check One:**

- [ ] Chaplain
- [ ] Classification
- [ ] Correctional Treatment Specialist (CTS)
- [ ] Mental Health
- [ ] Probation
- [ ] Programs (name) _____
- [ ] Property Clerk
- [ ] Public Defender
- [ ] Records
- [ ] Treatment
- [ ] Work Programs
- [x] Other: Deputy Warden

Name (if known): Ms. Weller, Michelle Deputy Warden

**Instructions:** Fill out Form completely and print legibly. Provide a brief and detailed description of your question, concern, or problem. Failure to be specific may result in no action being taken. Cite only (1) question, concern, or problem. (Multiple requests require separate Inmate Request Slips)

MA'AM, you ~~[struck out]~~ Misconstrued my Question to you Concern A HAlA Meal. Therefore, I am Requesting to Know under the Right to Know law Act 65 P.S. § 66.1 Whether the Franklin County Jail Provides Muslim Inmate with Special Religious HAlA Diets? If Not, Then only Special Religious Diet that Close or Similiar to A HAlA Meal is A Kosher Diet and since the Holy Qur'an Permit the eating of Kosher meat that is lawful to Jews. An interpretation of Sura 5:5 demonstrates the Eating of Kosher meals or A HAlA Meals, that Conforms to the Islamic tenets lawfully.

Inmate's Signature: David F Kelly Bey

**For Official Use Only:** — TURN OVER —

| Forwarded to: Weller | Forwarded By: AZ | Date: 8-31-12 |
|---|---|---|

- [ ] APPROVED
- [ ] DISAPPROVED
- [ ] NEED MORE INFORMATION
- [ ] SEE ATTACHMENT(S)

**Response:** As stated by me, the menu contains no pork, no meat from carnivorous animals, no blood & no alcohol. If you believe this is not in compliance, please explain why

Staff Signature and Title: MWeller    Date: 9/4/12