# EXHIBIT "12"

# Franklin County Ja
## Inmate Request Slip

| | | |
|---|---|---|
| Inmate's Name: David F. Kelly Bey | Housing Location: D-14-B | Date: 10-2-12 |

**Check One:**
- ☐ Chaplain
- ☐ Classification
- ☐ Correctional Treatment Specialist (CTS)
- ☐ Mental Health
- ☐ Probation
- ☐ Programs (name) _____
- ☐ Property Clerk
- ☐ Public Defender
- ☐ Records
- ☐ Treatment
- ☐ Work Programs
- ☒ Other Deputy Warden

Name (if known) Ms. Michelle Weller

**Instructions:** Fill out Form completely and print legibly. Provide a brief and detailed description of your question, concern, or problem. Failure to be specific may result in no action being taken. Cite only (1) question, concern, or problem. (Multiple requests require separate Inmate Request Slips)

MA'AM, As a muslim of the Islamic faith I am hereby Requesting a Hala Diet that Conforms to my Religious faith and Pratice that is Requirement of my Religious tenets. Furthermore, There are so very few muslim's inmates within the franklin County Jail. Thus, Such Religious Accommodation would not be a substantial burden on the Jail Adminstration. However the failure to Accommodate would be a violation of our Religious faith under the free Exercise Clause of the first Amendment Protection Pursuant to the Religious land use and institutionalized Persons Act of 2000, 42 U.S.C.§ 2000 cc and the

—Turn over—

Inmate's Signature: David F. Kelly Bey

**For Official Use Only:**

Forwarded to: Weller    Forwarded By: CZ    Date: 10-3-12

☐ APPROVED   ☐ DISAPPROVED   ☐ NEED MORE INFORMATION   ☐ SEE ATTACHMENT(s)

Response: I have researched this matter. The Jail menu does not violate the tenets of your religion. You have the option of requesting a vegetarian diet.

Staff Signature and Title: MWeller    Date: 11/20/12

FCJ Form 300.19-1

Cont. of facts

Equal Protection Clause due the fact that Jail has Accommodate the Jewish inmates with A Special Religious Kosher Diet with so few Jewish inmates within the Jail facility. Again, I Requesting Special Religious Hala Diet Accommodation that Conforms to my Religious faith and Practice Requirements according to the Islamic Dietary laws pursuant to Hudson v. Dennehy, 538 F. Supp. 2d 400 (2008); and Fayson v. Earle, 2006 U.S. Dist. Lexis 81567 Therefore, such denial will Prevent me and other Muslims inmates from Receiving A Hala Diet As Required under the Islamic faith Sincere Practice As implicates by the first Amendment and RLUIPA As well As Denial of the Equal Protection Clause whereas Jewish inmates are being Served A Special Religious Kosher Diet that Accommodate's the Requirement of their faith Dietary laws.

Sincerely
David F. Kelly bey