# EXHIBIT "13"



# Franklin County Jail
## Inmate Request Slip

| Inmate's Name: David F. Kelly Bey | Housing Location: G-3-B | Date: 7-4-13 |

**Check One:**

- ☐ Chaplain
- ☐ Classification
- ☐ Correctional Treatment Specialist (CTS)
- ☐ Mental Health
- ☐ Probation
- ☐ Programs (name) _____
- ☐ Property Clerk
- ☐ Public Defender
- ☐ Records
- ☐ Treatment
- ☐ Work Programs
- ☒ Other  WARDEN only

Name (if known) Daniel S. Keen

**Instructions:** Fill out Form completely and print legibly. Provide a brief and detailed description of your question, concern, or problem. Failure to be specific may result in no action being taken. Cite only (1) question, concern, or problem. (Multiple requests require separate Inmate Request Slips)

I am submitting this Request in the form of a Religious Dietary Accommodation to be provide a Halal food and meat to conforms and comports to my sincerely held Religious belief Practice, faith, creed and tenets As mandatory Required under the Islamic Dietary that Protected under free Religious exercise of     Turn over

Inmate's Signature: David F. Kelly Bey

**For Official Use Only:**

| Forwarded to: DWWeller | Forwarded By: DC | Date: 7/5/13 |

- ☐ APPROVED
- ☐ DISAPPROVED
- ☐ NEED MORE INFORMATION
- ☐ SEE ATTACHMENT(s)

Response: The current menu is in compliance with a halal diet

Staff Signature and Title: AWWell    Date: 7/8/13

FCJ Form 300.19-1

Cont. of Facts

Clause of the 1st Amendment, the Establishment Clause, the Equal Protection Clause and the Religious Land Use and Institutionalized Persons Act (RLUIPA) pursuant to 42 U.S.C. § 2000cc-1. Thus, such denial of my Religious Rights to my sincerely held Religious belief, practice, faith, Creed and tenets as mandated by the Islamic Dietary laws will Result in Civil Action and A Private Criminal Complaint file under official Oppression 18 PA.C.S. § 5301; 18 U.S.C. § 241, 242 and 245 while Acting under color of law to which carries a term of 10 years imprisonment and $10,000 fine. Furthermore, Other inmates Religious Dietary Accommodation Request are immediately and yet me and other Muslim inmate Religious Dietary Accommodation are denied in violation of 1st Amendment Rights under Equal Protection Clause of the 14th Amendment to the U.S. Constitution. Wherefore, the Relief Sought is granted Accordingly in the interest of Justice to him served.

Sincerely yours,

[signature]