# EXHIBIT "14"



# FRANKLIN COUNTY JAIL

Chambersburg, PA

Standard Operating Procedure

| Chapter: | 300 | Inmate Services | Number: | 300.10 | Pages: | 10 |
|---|---|---|---|---|---|---|
| Title: | 10 | Food Service | Effective Date: | 06/01/2007 | | |

**POLICY**

It is the policy of the Franklin County Jail (FCJ) to provide cost effective, healthy, and quality meals to staff and inmates in compliance with health and safety requirements.

**PURPOSE**

To establish the guidelines for the planning, preparation, handling, and delivery of meals throughout the FCJ.

**REFERENCES**

ACA 2-ALDF-2A-59
ACA 4-ALDF-4A-01 through 4A-18
PA Title 37 95.230

**DEFINITIONS**

None

**PROCEDURES**

1. Schedule

    1.1 Meal times are as follows:

    - Breakfast (A Dorm (Female Work Release) and B Unit) 0530
    - Breakfast (A, C, D, F, G, E, Medical Unit) 0610
    - Lunch (A, B, C, D, F, G, E, Medical Unit) 1200
    - Dinner (A, B, C, D, F, G, E, Medical Unit) 1645

    1.2 Food Service Work Schedule (Inmate Workers):

        1.2.1 The Food Service area will utilize at least two shifts of inmate workers on a daily basis.

POLICY AND PROCEDURE: Food Service
POLICY NUMBER: 300.10

    4.5    Inmate Pay (FCJ SOP 400.15 Inmate Work Programs)

        4.5.1    Inmate workers will be compensated on a bi-weekly basis for work performed in the Food Service area.

5. Special Diets

    5.1    Alternative Meal Service (food loaf).

        5.1.1    The use of alternative meal service will be implemented in situations involving misuse of meal-related items (i.e. food, utensils, trays, etc.), where the individual's current behavior is such that legitimate correctional interests will be served by service of such meal.

        5.1.2    The alternative meal service must meet basic nutritional requirements.

        5.1.3    The use of alternative meal service will occur only with the approval of the Warden or his designee and the medical department.

        5.1.4    The use of alternative meal service will not exceed seven (7) days but may be reinitiated if the inmate's behavior warrants it (must seek approval by the Warden or his designee and the facility health care provider in order to reinitiate the alternative meal service).

        5.1.5    Following the seven (7) days, the inmate will be provided with the menu that he/she received before the initiation of the alternative meal service.

    5.2    Medical Diets

        5.2.1    Medical diets are ordered by the medical department through the use of a Doctor's Order to the Jailer (DOJ) (FCJ Form 300.06-2).

        5.2.2    DOJs prescribing menu changes are not intended to provide the inmate with a choice of menus, but rather to provide the inmate with medically necessary dietary changes.

        5.2.3    Medical staff will forward new or updated DOJs to the kitchen department in a timely manner. Barring an emergency, "calls" to the kitchen supervisor are not acceptable.

        5.2.4    Medical diets will be continued until an order from the jail physician states otherwise, or for a period of thirty (30) days, at which time a re-evaluation must be conducted by the medical department to either continue or discontinue the diet. An amended DOJ must be submitted.

POLICY AND PROCEDURE: Food Service
POLICY NUMBER: 300.10

- 5.3 Religious Diets

    - 5.3.1 Religious diets will be provided for inmates whose religious beliefs require the adherence to religious dietary laws.

    - 5.3.2 Religious diets may be recommended by the Chaplain to the Deputy Warden of Inmate Services. The Deputy Warden of Inmate Services or designee will approve all religious diets.

    - 5.3.3 The recommendation will include the reason for the request, the duration of the proposed change, and the proposed menu changes.

    - 5.3.4 The burden of proof that the meal is an essential tenet of a sincerely held religious belief will be the responsibility of the requesting inmate.

- 5.4 Snacks (FCJ SOP 300.09 – Medical Snacks)

    - 5.4.1 Snacks will be ordered by a physician as determined by a medical need such as but not limited to the following:

        - Insulin dependent diabetics
        - Inmates with increased protein or caloric needs because of pregnancy, cancer, AIDS, etc.

    - 5.4.2 Snacks will be ordered through the use of a DOJ form. A copy of the DOJ form will be provided and updated as necessary to the kitchen supervisor. The kitchen supervisor will be responsible for making sure all snacks are prepared and ready for delivery before closing the kitchen for the evening.

    - 5.4.3 Snacks will be placed in brown paper bags with the following information placed on the bag:

        - Inmates name
        - Date
        - Housing Location

    - 5.4.4 A Float Officer will be responsible for delivering the snacks to the housing units, and may be assisted by an inmate kitchen worker. Upon delivery, Housing Unit Officers are responsible for inspecting the bags (for contraband) and delivering the items to the inmates.

    - 5.4.5 If the inmate refuses the snack or has been discharged from the facility, the items will be returned to the kitchen.