# EXHIBIT "15"


# COUNTY JAIL INSPECTION SHEET

Policy Subject:   Food Services

Section Number: 95.230(1)

Policy Number:

Effective Date:

(1) Food Services:
Written local policy must specify that each inmate be provided a daily diet that is nutritionally adequate for the maintenance of good health. Written local policy must recognize dietary requirements for those inmates whose medical condition requires prescribed therapeutic attention, for those inmates whose religious beliefs require adherence to specified and approved religious dietary law and for those inmates under segregation or disciplinary status, or both, whose behavior requires a different meal consistency. Regular and alternative menus shall be approved and signed by a registered dietician or licensed physician, or both, and the prison administrator on an as needed basis, but no less than on an annual basis.

Documentation:

- Copies of facilities regular menu schedule, to include alternative menu's (religious, medical, segregation). All menus must be signed by a dietician or physician and the prison administrator no less than on an annual basis

DISPLAY THIS CERTIFICATE PROMINENTLY • NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO Box 2649 Harrisburg PA 17105-2649

11  0013769



License Type
**Dietitian-Nutritionist (LDN)**

License Status
Active

Initial License Date
07/20/2004

JENNIFER LEE SOWERS
579 CHINQUAPIN TRAIL
HILLSVILLE VA  24343

License Number
DN003141

Expiration Date
09/30/2014

Commissioner of Professional and Occupational Affairs

Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.N.S. 4911

Franklin County, PA

Dietitian Review of Diet Plans and Menu

All diet plans have been developed and reviewed by a Registered Dietitian. Diet plans are reviewed for consistency with the Diet Handbook, which has been reviewed and approved by the facilities medical department.

*[signature]* RD #822-741

---

Registered Dietitian

April 9, 2012



## STATEMENT OF NUTRITIONAL ADEQUACY

The 4 week cycle menus for Franklin County have been analyzed using the SQL Food Processor analysis program. The analysis confirms that the menus provide a nutritionally adequate diet for incarcerated adult males. The menus, as written and analyzed, provide an average of 3000 calories per day and satisfy the Recommended Dietary Allowances for major nutrients required for adult males. Some nutrient values may vary based on the nutrient data available from manufacturers and the specific items used for analysis.

*Jennifer L. Sowers, RD #822-741*

Jennifer L. Sowers, R.D.
East Region Dietitian for Trinity Services Group
Registration Number: 822741
February 13, 2013



## STATEMENT OF NUTRITIONAL ADEQUACY

The 4 week cycle menus for Franklin County have been analyzed using the SQL Food Processor analysis program. The analysis confirms that the menus provide a nutritionally adequate diet for incarcerated adult males. The menus, as written and analyzed, provide an average of 3000 calories per day and satisfy the Recommended Dietary Allowances for major nutrients required for adult males. Some nutrient values may vary based on the nutrient data available from manufacturers and the specific items used for analysis.

*Jenn L Sowers, RD #822-741*

Jennifer L. Sowers, R.D.
East Region Dietitian for Trinity Services Group
Registration Number: 822741
August 13, 2013