# EXHIBIT
# "16"

# Canteen Correctional Services
## Weekly Cycle Menu
## FRANKLIN COUNTY JAIL

Menu Week 1 ACCOUNT #: 18203 State: PA

**BREAKFAST**

| THURSDAY (Meal # 1) | FRIDAY (Meal # 4) | SATURDAY (Meal # 7) | SUNDAY (Meal # 10) | MONDAY (Meal # 13) | TUESDAY (Meal # 16) | WEDNESDAY (Meal # 19) |
|---|---|---|---|---|---|---|
| Dry Cereal 1 Cup | Dry Cereal 1 Cup | Canned fruit 1/2 Cup | Hot Grits w/ Margarine 1 Cup | Oatmeal 1 Cup | Oatmeal w/sugar & | Hot grits 1 Cup |
| Scrambled Eggs 3 WZ | Cinnamon | Oatmeal 1 Cup | Scrambled Eggs 3 WZ | Breakfast Gravy (1oz) 3/4 Cup | Cinnamon 1 Cup | Pancakes 3 Each |
| Enriched Bread 3 Slice | Pancakes 3 Each | Scrambled Eggs 3 WZ | Enriched Bread 3 Slice | Biscuits 1/80 2 Each | Scrambled eggs 3 WZ | Syrup 2 FZ |
| T Sausage 1 WZ | Syrup 2 FZ | Enriched Bread 3 Slice | T Sausage 1 WZ | Hash Browns 3/4 Cup | Enriched Bread 3 Slice | Canned Fruit 1/2 Cup |
| Jelly 1/2 WZ | Margarine 2/3 WZ | Jelly 1/2 WZ | Jelly 1/2 WZ | Margarine 2/3 WZ | Jelly 1/2 WZ | Margarine 2/3 WZ |
| Margarine 2/3 WZ | Milk 1% 8 FZ | Margarine 2/3 WZ | Margarine 2/3 WZ | Jelly 1/2 WZ | Margarine 2/3 WZ | Sugar 3 Each |
| Sugar 3 Each | Sugar 3 Each | Sugar 3 Each | Sugar 3 Each | Sugar 3 Each | Sugar 3 Each | Milk 1% 8 FZ |
| Milk 1% 8 Each | Coffee 8 FZ | Milk 1% 8 FZ | Milk 1% 8 FZ | Milk 1% 8 FZ | Milk 1% 8 FZ | Coffee 8 FZ |
| Coffee 8 FZ | | Coffee 8 FZ | Coffee 8 FZ | Coffee 8 FZ | Coffee 8 FZ | |

**LUNCH**

| THURSDAY (Meal # 2) | FRIDAY (Meal # 5) | SATURDAY (Meal # 8) | SUNDAY (Meal # 11) | MONDAY (Meal # 14) | TUESDAY (Meal # 17) | WEDNESDAY (Meal # 20) |
|---|---|---|---|---|---|---|
| Soup 1 Cup | Creamed Turkey (2oz) 10 FZ | Hot Dogs (3oz) 2 Each | Italian Meatball Sub 1 Each | Salami 2 1/2 WZ | Meat Salad (2oz) 3 WZ | Enchilada Casserole (2oz) 10 WZ |
| T Bologna 2 1/2 WZ | Biscuits 1/80 2 Each | Enriched Bread 2 Slice | (2 oz meat) | Cheese 1/2 WZ | Enriched Bread 2 Slice | Carrots 3/4 Cup |
| Imitation Cheese 1/2 WZ | Cottage Fries 3/4 Cup | Mustard 1/4 WZ | Italian Sauce 2 WZ | Enriched Bread 2 Slice | Soup 1 Cup | Tossed Salad 1/2 Cup |
| Mustard 1/4 WZ | Tossed Salad 1/2 Cup | Ketchup 1/4 WZ | Hot Dog Bun 1 Each | Rice 1 Cup | Cottage Fries 1 Cup | Dressing 1/2 WZ |
| Enriched Bread 2 Slice | Margarine 2/3 WZ | Macaroni Salad 1 Cup | Hearty vegetable Soup 1 Cup | Tossed Salad 1/2 Cup | Cake 1/54 Slice | Cookies (2oz mix) 2 Each |
| Cottage Fries 1 Cup | Gelatin 1/2 Cup | Coleslaw 3/4 Cup | Pasta Salad 3/4 Cup | Dressing 1/2 FZ | Fruit Drink 8 FZ | Fruit Drink 8 FZ |
| Cake 1/54 Slice | Dressing 1/2 FZ | Cookies (2oz mix) 2 Each | Cake 1/54 Slice | Cake 1/54 Slice | | |
| Fruit Drink 8 FZ | Fruit Drink 8 FZ | Fruit Drink 8 FZ | Fruit Drink 8 FZ | Fruit Drink 8 FZ | | |

**DINNER**

| THURSDAY (Meal # 3) | FRIDAY (Meal # 6) | SATURDAY (Meal #) | SUNDAY (Meal # 12) | MONDAY (Meal # 15) | TUESDAY (Meal # 18) | WEDNESDAY (Meal # 21) |
|---|---|---|---|---|---|---|
| Breaded Country Patty 3 WZ | Ground Turkey &Pasta(2oz) 10 WZ | Turkey with rice & gravy 10 WZ | Spanish Rice with Meat | Chuckwagon 3 WZ | Spaghetti W/ Sauce (2oz) 10 WZ | Jambalaya 2oz meat 10 WZ |
| Cream Gravy 3 FZ | Carrots 1/2 Cup | 2 oz meat | (2oz Meat) 10 WZ | Mashed Potatoes 3/4 Cup | Tossed Salad 1/2 Cup | |
| Mashed Potatoes 3/4 Cup | Coleslaw 1/2 Cup | Coleslaw 1/2 Cup | Pinto Beans 3/4 Cup | Brown Gravy 3 FZ | Dressing 2/3 FZ | Cole Slaw 3/4 Cup |
| Wax beans 1/2 Cup | Enriched Bread 2 Slice | Green Peas 1/2 Cup | Coleslaw 1/2 Cup | Steamed Cabbage 1/2 Cup | Vegetables 1/2 Cup | Carrots 1/2 Cup |
| Enriched Bread 2 Slice | Margarine 1/2 WZ | Enriched Bread 2 Slice | Enriched Bread 2 Slice | Enriched Bread 2 Slice | Enriched Bread 2 Slice | Enriched Bread 2 Slice |
| Margarine 1/2 WZ | Cookies (2oz mix) 2 Each | Frosted Cake 1/54 Slice | Margarine 1/2 WZ | Margarine 1/2 WZ | Margarine 1/2 WZ | Margarine 1/2 WZ |
| Cookie 2 Each | Sweetened Tea 8 FZ | Margarine 1/2 WZ | Canned Fruit 1/2 Cup | Cookies (2oz mix) 2 Each | Canned Fruit 1/2 Cup | Cake 1/54 Slice |
| Sweetened Tea 8 FZ | | Sweetened Tea 8 FZ | Sweetened tea 8 FZ | Sweetened Tea 8 FZ | Sweetened tea 8 FZ | Sweetened Tea 8 FZ |

**SNACK**

*Items designated by "FZ" are volume measurements. *Items designated by "WZ" are weighted measurements. *Menus substitutions may occur due to extraordinary circumstances or product availability.

[signature] 11/20/2010
Dietitians Signature Date

[signature] 10/24/11
Food Service Director Date

[signature] [signature]
Client's Signature

10/24/11
10/16/12
Date

# Canteen Correctional Services
## Weekly Cycle Menu
## FRANKLIN COUNTY JAIL

Menu Week 2

State: PA

| | THURSDAY (Meal # 22) | FRIDAY (Meal # 25) | SATURDAY (Meal # 28) | SUNDAY (Meal # 31) | MONDAY (Meal # 34) | TUESDAY (Meal # 37) | WEDNESDAY (Meal # 40) |
|---|---|---|---|---|---|---|---|
| BREAKFAST | Dry Cereal 1 Cup | Dry Cereal 1 Cup | Hot Grits w/ Margarine 1 Cup | Oatmeal w/ sugar & | Hot Grits w/ Margarine 1 Cup | Oatmeal w/ sugar & | Hot Grits w/ Margarine 1 Cup |
| | Scrambled Eggs 3 FZ | Pancakes 3 Each | Scrambled Eggs 3 WZ | Cinnamon 1 Cup | Breakfast Gravy 3/4 Cup | Cinnamon 1 Cup | Scrambled Eggs 3 WZ |
| | Enriched Bread 3 Cup | Sausage 1 WZ | Biscuits 1/80 2 Each | Scrambled Eggs 3 WZ | Biscuits 1/80 2 Each | Pancakes 3 Each | Hash Browns 1 Cup |
| | Jelly 1/2 WZ | Syrup 2 FZ | Margarine 2/3 WZ | Enriched Bread 3 Slice | Hash Browns 1 Cup | Syrup 2 FZ | Biscuits 1/80 2 Each |
| | Margarine 2/3 WZ | Margarine 2/3 WZ | Jelly 1/2 WZ | Jelly 1/2 WZ | Margarine 2/3 WZ | Sausage 1 WZ | Jelly 1/2 WZ |
| | Sugar 3 Each | Sugar 3 Each | Sugar 3 Each | Margarine 2/3 WZ | Sugar 3 Each | Margarine 2/3 WZ | Margarine 2/3 WZ |
| | Milk 1% 8 FZ | Milk 1% 8 FZ | Milk 1% 8 FZ | Sugar 3 Each | Milk 1% 8 FZ | Sugar 3 Each | Sugar 3 Each |
| | Coffee 8 FZ | Coffee 8 FZ | Coffee 8 FZ | Milk 1% 8 FZ | Coffee 8 FZ | Milk 1% 8 FZ | Milk 1% 8 FZ |
| | | | | Coffee 8 FZ | | Coffee 8 FZ | Coffee 8 FZ |

| | Meal # 23 | Meal # 26 | Meal # 29 | Meal # 32 | Meal # 35 | Meal # 38 | Meal # 41 |
|---|---|---|---|---|---|---|---|
| LUNCH | Beef Patty 3 WZ | Turkey Salad (2oz) 3 WZ | Taco Meat (2oz) 4 WZ | Macaroni & Cheese W/ | Beef & Bean Mix 4 WZ | Vegetable Soup 1 Cup | Hot Dogs (2oz) 2 Each |
| | Imitation Cheese 1/2 WZ | Lettuce 1/2 Cup | Shredded Cheese 1/2 WZ | Ground T 2 oz. 10 WZ | Cheese Shredded 1/2 FZ | Ham Sandwich 2 1/2 WZ | Enriched Bread 2 Slice |
| | Roll 1 Each | Rice 1 Cup | Shredded Lettuce 1/2 Cup | Vegetables 1/2 Cup | Rice 1 Cup | Cheese 1/2 WZ | Rice 1 Cup |
| | Cottage Fries 3/4 Cup | Dressing 1/2 WZ | Flour Tortilla 2 Each | Tossed Salad 1/2 Cup | Tossed Salad 1/2 Cup | Baked Beans 1/2 Cup | Coleslaw 1/2 Cup |
| | Mustard 1/4 FZ | Enriched Bread 2 Slice | Pinto Beans 1/2 Cup | Dressing 1/2 FZ | Dressing 1/2 FZ | Tossed Salad 1/2 Cup | Ketchup 1/4 WZ |
| | ketchup 1/4 FZ | Cookies (2oz.mix) 2 Each | Rice 1 Cup | Enriched Bread 2 Slice | Flour Tortilla 2 Each | Dressing 1/2 WZ | Mustard 1/4 WZ |
| | Carrots 1/2 Cup | Fruit Drink 8 FZ | Gelatin 1/2 Cup | Margarine 1/2 WZ | Cookies (2oz mix) 2 Each | Cake 1/54 Slice | Canned Fruit 1/2 Cup |
| | Cake 1/54 Slice | | Fruit Drink 8 FZ | Gelatin 1/2 Cup | Fruit Drink 8 FZ | Fruit Drink 8 FZ | Fruit Drink 8 FZ |
| | Fruit Drink 8 FZ | | | Fruit Drink 8 FZ | | Enriched Bread 2 Slice | |

| | Meal # 24 | Meal # 27 | Meal # 30 | Meal # 33 | Meal # 36 | Meal # 39 | Meal # 42 |
|---|---|---|---|---|---|---|---|
| DINNER | Chili Macaroni 2 0z 10 WZ | Sliced Turkey 3 WZ | Ground meat stew 10 WZ | Chili Con Carne 10 WZ | Grnd Meat Stroganoff | Salisbury Steak 3 WZ | Sweet & Sour Chicken |
| | Seasoned Corn 1/2 Cup | Mashed potatoes 1 Cup | 2 oz Lmeat | Rice 3/4 Cup | (2oz Meat) 10 WZ | Mashed Potatoes 1 Cup | (2oz) Meat 10 WZ |
| | Coleslaw 1/2 Cup | Gravy 3 FZ | Rice 3/4 Cup | Corn 1/2 Cup | Seasoned Pasta 1 Cup | Gravy 3 FZ | Carrots 1/2 Cup |
| | Enriched Bread 2 Slice | Carrots 1/2 Cup | Steamed cabbage 1/2 Cup | Cornbread 1/54 Slice | Carrots 1/2 Cup | Wax beans 1/2 Cup | Rice 1 Cup |
| | Margarine 2/3 WZ | Enriched Bread 2 Slice | | Frosted Cake 1/54 Slice | Enriched Bread 2 Slice | Enriched Bread 2 Slice | Enriched Bread 2 Slice |
| | Cookies (2oz mix) 2 Each | Margarine 1/2 WZ | Enriched Bread 2 Slice | Margarine 1/2 WZ | Cake 1/54 Slice | Margarine 1/2 WZ | Margarine 1/2 WZ |
| | Sweetened Tea 8 FZ | Cake 1/54 Slice | Margarine 1/2 WZ | Sweetened Tea 8 FZ | Margarine 1/2 WZ | Cake 1/54 Slice | Cookies (2oz mix) 2 Each |
| | | Sweetened Tea 8 FZ | Cookies 2 Each | | Sweetened Tea 8 FZ | Sweetened Tea 8 FZ | Sweetened Tea 8 FZ |
| | | | Sweetened Tea 8 FZ | | | | |
| SNACK | | | | | | | |

*Items designated by "FZ" are volume measurements. *Items designated by "WZ" are weighted measurements. *Menus substitutions may occur due to extraordinary circumstances or product availability.

[signature] 11/29/2010
Dietitians Signature Date

[signature] 10/24/11
Food Service Director Date

[signature] [signature]
Client's Signature

10/24/11 10/16/12
Date

# Canteen Correctional Services
## Weekly Cycle Menu
## FRANKLIN COUNTY JAIL

Menu Week 3

State: PA

**BREAKFAST**

| THURSDAY (Meal # 43) | | | FRIDAY (Meal # 46) | | | SATURDAY (Meal # 49) | | | SUNDAY (Meal # 52) | | | MONDAY (Meal # 55) | | | TUESDAY (Meal # 58) | | | WEDNESDAY (Meal # 61) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oatmeal /w Sugar & | | | Dry Cereal | 1 | Cup | Oatmeal /w Sugar & | | | Hot Grits /w Margarine | 1 | Cup | Dry Cereal | 1 | Cup | Oatmeal /w Sugar & | 1 | Cup | Hot Grits /w Margarine | 1 | Cup |
| Cinnamon | 1 | Cup | Scrambled Eggs | 3 | WZ | Cinnamon | 1 | Cup | Scrambled Eggs | 3 | WZ | Breakfast Gravy (1oz) | 3/4 | Cup | Scrambled Eggs | 3 | WZ | T Ham | 1 | WZ |
| Scrambled Eggs | 3 | WZ | T. Ham | 1 | WZ | Pancakes | 3 | Each | T Ham | 1 | WZ | Hash browns | 1 | Cup | Cottage Fries | 1 | Cup | Pancakes | 3 | Each |
| Hash Browns | 3/4 | Cup | Enriched Bread | 3 | Slice | Syrup | 2 | FZ | Hash Browns | 1/2 | Cup | Biscuits 1/60 | 2 | Each | Enriched Bread | 3 | Slice | Syrup | 2 | FZ |
| Enriched Bread | 3 | Slice | Jelly | 1/2 | WZ | T Sausage | 1 | WZ | Enriched Bread | 3 | Slice | Margarine | 2/3 | WZ | Margarine | 2/3 | WZ | Potatoes | 1/2 | Cup |
| Jelly | 1/2 | WZ | Margarine | 2/3 | WZ | Sugar | 3 | Each | Jelly | 1/2 | WZ | Sugar | 3 | Each | Jelly | 1/2 | WZ | Margarine | 2/3 | WZ |
| Margarine | 2/3 | WZ | Milk 1% | 8 | FZ | Margarine | 2/3 | WZ | Margarine | 2/3 | WZ | Milk 1% | 8 | FZ | Sugar | 3 | Each | Sugar | 3 | Each |
| Sugar | 3 | Each | Coffee | 8 | FZ | Milk 1% | 8 | FZ | Sugar | 3 | Each | Coffee | 8 | FZ | Milk 1% | 8 | FZ | Milk 1% | 8 | FZ |
| Milk 1% | 8 | FZ | Sugar | 3 | Each | Coffee | 8 | FZ | Milk 1% | 8 | FZ | | | | Coffee | 8 | FZ | Coffee | 8 | FZ |
| Coffee | 8 | FZ | | | | | | | Coffee | 8 | FZ | | | | | | | | | |

**LUNCH**

| THURSDAY (Meal # 44) | | | FRIDAY (Meal # 47) | | | SATURDAY (Meal # 50) | | | SUNDAY (Meal # 53) | | | MONDAY (Meal # 56) | | | TUESDAY (Meal # 59) | | | WEDNESDAY (Meal # 62) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Turkey salad (2oz) | 3 | WZ | Macaroni & Cheese | 10 | WZ | Soup | 1 | Cup | Beef Patty | 3 | WZ | Soup | 1 | Cup | Meat Salad (2oz) | 3 | WZ | Hog Dogs (3oz) | 2 | Each |
| Enriched Bread | 2 | Slice | Tossed Salad | 1/2 | Cup | T Bologna | 2 1/2 | WZ | Imitation Cheese | 1/2 | WZ | T Salami | 2 1/2 | WZ | Pasta /w Cheese | 3/4 | Cup | Pinto Beans | 3/4 | Cup |
| Rice | 3/4 | Cup | Dressing | 1/2 | WZ | Imitation Cheese | 1/2 | WZ | Roll | 1 | Each | Imitation Cheese | 1/2 | WZ | Tossed Salad | 1/2 | Cup | Coleslaw | 1/2 | Cup |
| Pasta Salad | 1/2 | Each | Green beans | 1/2 | Cup | Enriched Bread | 2 | Slice | Pasta Salad | 3/4 | Cup | Mustard | 1/4 | WZ | Dressing | 1/2 | FZ | Ketchup | 1/4 | WZ |
| Cake | 1/54 | Slice | Enriched Bread | 2 | Slice | Rice | 3/4 | Cup | Coleslaw | 1/2 | Cup | Carrots | 1/2 | Cup | Enriched Bread | 2 | Slice | Mustard | 1/4 | WZ |
| Fruit Drink | 8 | FZ | Margarine | 1/2 | WZ | Mustard | 1/2 | WZ | Ketchup | 1/4 | WZ | Pasta Salad | 3/4 | Cup | Cake | 1/54 | Slice | Enriched Bread | 2 | Slice |
| | | | Cookies (2oz mix) | 2 | Each | Cake | 1/54 | Slice | Mustard | 1/4 | WZ | Enriched Bread | 2 | Slice | Fruit Drink | 8 | FZ | Pudding | 1/2 | Cup |
| | | | Fruit Drink | 8 | | Fruit Drink | 8 | FZ | Cookies (2oz mix) | 2 | Each | Cake | 1/54 | Slice | | | | Fruit Drink | 8 | FZ |
| | | | | | | | | | Fruit Drink | 8 | FZ | Fruit Drink | 8 | FZ | | | | | | |

**DINNER**

| THURSDAY (Meal # 45) | | | FRIDAY (Meal # 48) | | | SATURDAY (Meal # 51) | | | SUNDAY (Meal # 54) | | | MONDAY (Meal # 57) | | | TUESDAY (Meal # 60) | | | WEDNESDAY (Meal # 63) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ground Meat Stew (2oz) | 10 | WZ | Country Patty | 3 | WZ | Pasta w/ Meat Sauce (2oz) | 10 | WZ | Polish Sausage | 3 | WZ | Turkey Tetrazzini | 10 | WZ | Down Home Beans & | | | Chicken Patty | 3 | WZ |
| Rice | 1 | Cup | Mashed Potatoes | 1 | Cup | Coleslaw | 1/2 | Cup | Roll | 1 | Each | 2 oz meat | | | Ham (2oz) | 10 | WZ | Rice | 3/4 | Cup |
| Coleslaw | 1/2 | Cup | Cream Gravy | 3 | FZ | Beans | 1/2 | Cup | BBQ Beans | 3/4 | Cup | Coleslaw | 3/4 | Cup | Rice | 3/4 | Cup | Tossed Salad | 1/2 | Cup |
| Enriched Bread | 2 | Slice | Vegetables | 1/2 | Cup | Enriched Bread | 2 | Slice | Steamed Cabbage | 1/2 | WZ | Green Peas | 1/2 | Cup | Vegetables | 1/2 | Cup | Dressing | 1/2 | FZ |
| Margarine | 1/2 | WZ | Enriched Bread | 2 | Slice | Cookies (2oz mix) | 2 | Each | Ketchup | 1/4 | WZ | Enriched Bread | 2 | Slice | Cornbread | 1/54 | Slice | Enriched Bread | 2 | Slice |
| Pudding | 1/2 | Cup | Margarine | 1/2 | WZ | Margarine | 1/2 | Cup | Mustard | 1/4 | WZ | Cake | 1/54 | Slice | Cookies (2oz mix) | 2 | Each | Margarine | 1/2 | WZ |
| Sweetened Tea | 8 | FZ | Cake | 1/54 | Slice | Sweetened Tea | 8 | FZ | Cookies (2oz mix) | 2 | Each | Margarine | 1/2 | WZ | Margarine | 1/2 | WZ | Cake | 1/54 | Slice |
| | | | Sweetened Tea | 8 | FZ | | | | Sweetened Tea | 8 | FZ | Sweetened Tea | 8 | FZ | Sweetened Tea | 8 | FZ | Sweetened Tea | 8 | FZ |
| | | | | | | | | | | | | | | | | | | Gravy | 3 | FZ |

**SNACK**

*Items designated by "FZ" are volume measurements. *Items designated by "WZ" are weighted measurements. *Menus substitutions may occur due to extraordinary circumstances or product availability.

[signature] RD #[illegible] — Dietitians Signature — Date: 11/20/2010

[signature] — Food Service Manager — Date: 10/24/11

[signature] — Client's Signature — Date: 10/24/11

[signature] — 10/12/12

**Canteen Correctional Services**
**Weekly Cycle Menu**
**FRANKLIN COUNTY JAIL**

Menu Week 4

State: PA

**THURSDAY**

| Meal | Item | Qty | Unit |
|---|---|---|---|
| Breakfast (Meal # 64) | Oatmeal /w Sugar & Cinnamon | 1 | Cup |
| | Scrambled Eggs | 3 | WZ |
| | Biscuits 1/80 | 2 | Each |
| | Margarine | 2/3 | WZ |
| | Jelly | 1/2 | WZ |
| | Sugar | 3 | Each |
| | Milk 1% | 8 | FZ |
| | Coffee | 8 | FZ |
| Lunch (Meal # 65) | Turkey Salad ( 2oz Meat ) | 3 | WZ |
| | Enriched Bread | 2 | Slice |
| | Soup | 1 | Cup |
| | Coleslaw | 1/2 | Cup |
| | Cookies (2oz mix) | 2 | Each |
| | Fruit Drink | 8 | FZ |
| Dinner (Meal # 66) | Chuck-wagon Patty | 3 | WZ |
| | Rice | 1 | Cup |
| | Brown Gravy | 2 | FZ |
| | Steamed Cabbage | 1/2 | Cup |
| | Enriched Bread | 2 | Slice |
| | Margarine | 1/2 | WZ |
| | Frosted Cake | 1/54 | Slice |
| | Sweetened Tea | | |

**FRIDAY**

| Meal | Item | Qty | Unit |
|---|---|---|---|
| Breakfast (Meal # 67A) | Dry Cereal | 1 | Cup |
| | Scrambled Eggs | 3 | WZ |
| | Hash Browns | 1 | Cup |
| | Biscuits 1/80 | 2 | Each |
| | Jelly | 1/2 | WZ |
| | Margarine | 2/3 | WZ |
| | Sugar | 3 | Each |
| | Milk 1% | 8 | WZ |
| | Coffee | 8 | WZ |
| Lunch (Meal # 68) | Sloppy Joe (2oz) | 3 | WZ |
| | Bun | 1 | Each |
| | Soup | 1 | Cup |
| | Coleslaw | 1/2 | Cup |
| | Cookies (2oz mix) | 2 | Each |
| | Fruit Drink | 8 | FZ |
| Dinner (Meal # 69) | Pasta & Meat Sauce 2oz | 10 | WZ |
| | Carrots | 1/2 | Cup |
| | Tossed Salad | 1/2 | Cup |
| | Dressing | 1/2 | FZ |
| | Enriched Bread | 2 | Slice |
| | Margarine | 1/2 | WZ |
| | Gelatin | 1/2 | Cup |
| | Sweetened Tea | 8 | FZ |

**SATURDAY**

| Meal | Item | Qty | Unit |
|---|---|---|---|
| Breakfast (Meal # 70) | Hot Grits | 1 | Cup |
| | Pancakes | 3 | Each |
| | Syrup | 2 | FZ |
| | T Sausage | 1 | WZ |
| | Margarine | 2/3 | WZ |
| | Sugar | 3 | Each |
| | Milk 1% | 8 | FZ |
| | Coffee | 8 | FZ |
| Lunch (Meal # 71) | Macaroni & Cheese | 10 | WZ |
| | Carrots | 1/2 | Cup |
| | Tossed Salad | 1/2 | Cup |
| | Dressing | 1/2 | WZ |
| | Enriched Bread | 2 | Slice |
| | Canned Fruit | 1/2 | Cup |
| | Fruit Drink | 8 | Slice |
| Dinner (Meal # 72) | Turkey Ala King ( 3oz ) | 10 | WZ |
| | Rice | 1 | Cup |
| | Coleslaw | 1/2 | Cup |
| | Enriched Bread | 2 | Slice |
| | Margarine | 1/2 | WZ |
| | Frosted Cake | 1/54 | Slice |
| | Sweetened Tea | 8 | FZ |

**SUNDAY**

| Meal | Item | Qty | Unit |
|---|---|---|---|
| Breakfast (Meal # 73) | Oatmeal /w Sugar & cinnamon | 1 | Cup |
| | Scrambled Eggs | 3 | WZ |
| | Biscuits 1/80 | 2 | Each |
| | Margarine | 2/3 | WZ |
| | Jelly | 1/2 | WZ |
| | Sugar | 3 | Each |
| | Milk 1% | 8 | FZ |
| | Coffee | 8 | FZ |
| Lunch (Meal # 74) | Hot Dogs | 3 | WZ |
| | Enriched Bread | 2 | Slice |
| | Pinto Beans | 3/4 | Cup |
| | Steamed Cabbage | 1/2 | Cup |
| | Ketchup | 1/4 | FZ |
| | Mustard | 1/4 | FZ |
| | Cookies (2oz mix) | 2 | Each |
| | Fruit Drink | 8 | FZ |
| Dinner (Meal # 75) | Taco Meat ( 2oz Meat ) | 4 | WZ |
| | Shredded Lettuce | 1/2 | Cup |
| | Cheese Sauce | 1/2 | WZ |
| | Four Tortilla's | 2 | Each |
| | Rice | 3/4 | Cup |
| | Pinto Beans | 1/2 | Cup |
| | Frosted Cake | 1/54 | Slice |
| | Sweetened Tea | 8 | FZ |

**MONDAY**

| Meal | Item | Qty | Unit |
|---|---|---|---|
| Breakfast (Meal # 76) | Dry Cereal | 1 | Cup |
| | Breakfast Gravy | 3/4 | Cup |
| | Biscuits 1/80 | 2 | Each |
| | Margarine | 2/3 | WZ |
| | Sugar | 3 | Each |
| | Milk 1% | 8 | FZ |
| | Coffee | 8 | FZ |
| Lunch (Meal # 77) | Beef Patty | 3 | WZ |
| | Imitation Cheese | 1/2 | WZ |
| | Bun | 1 | Each |
| | Mustard | 1/4 | FZ |
| | Ketchup | 1/4 | FZ |
| | Coleslaw | 1/2 | Cup |
| | Cake | 1/54 | Slice |
| | Fruit Drink | 8 | FZ |
| Dinner (Meal # 78) | Chili Con Carne ( 2oz ) | 10 | WZ |
| | Rice | 1 | Cup |
| | Corn | 1/2 | Cup |
| | Cornbread | 1/54 | Slice |
| | Margarine | 1/2 | WZ |
| | Cookies (2oz mix) | 2 | Each |
| | Sweetened Tea | 8 | FZ |

**TUESDAY**

| Meal | Item | Qty | Unit |
|---|---|---|---|
| Breakfast (Meal # 79) | Hot Grits | 1 | Cup |
| | Pancakes | 3 | Each |
| | Syrup | 2 | FZ |
| | Margarine | 2/3 | WZ |
| | Sugar | 3 | Each |
| | Milk 1% | 8 | FZ |
| | Coffee | 8 | FZ |
| Lunch (Meal # 80) | Soup | 1 | Cup |
| | Meat Salad ( 2oz ) | 3 | WZ |
| | Enriched Bread | 2 | Slice |
| | Tossed Salad | 1/2 | Cup |
| | Dressing | 1/2 | FZ |
| | Cookies (2oz mix) | 2 | Each |
| | Fruit Drink | 8 | FZ |
| Dinner (Meal # 81) | Pasta with ground T and Gr | 10 | WZ |
| | Tossed Salad | 1/2 | Cup |
| | Carrot | 1/2 | Cup |
| | Enriched Bread | 2 | Slice |
| | Margarine | 1/2 | WZ |
| | Cake | 1/54 | Slice |
| | Sweetened Tea | 8 | FZ |

**WEDNESDAY**

| Meal | Item | Qty | Unit |
|---|---|---|---|
| Breakfast (Meal # 82) | Oatmeal /w Sugar & Cinnamon | 1 | Cup |
| | Scrambled Eggs | 3 | WZ |
| | Hash Browns | 1 | Cup |
| | Biscuits 1/80 | 2 | Each |
| | Jelly | 1/2 | WZ |
| | Margarine | 2/3 | WZ |
| | Sugar | 3 | Each |
| | Milk 1% | 8 | FZ |
| | Coffee | 8 | FZ |
| Lunch (Meal # 83) | T Roll | 3 | WZ |
| | Gravy | 3 | FZ |
| | Rice | 1 | Cup |
| | Carrots | 1/2 | Cup |
| | Margarine | 1 | Tbsp |
| | Enriched Bread | 2 | Slice |
| | Cake | 1/54 | Slice |
| | Fruit Drink | 8 | FZ |
| Dinner (Meal # 84) | Chili Macaroni ( 2oz ) | 10 | WZ |
| | Corn | 1/2 | Cup |
| | Tossed Salad | 1/2 | Cup |
| | Dressing | 1/2 | FZ |
| | Enriched Bread | 2 | Slice |
| | Margarine | 1/2 | WZ |
| | Cookies (2oz mix) | 2 | Each |
| | Sweetened Tea | 8 | FZ |

*Items designated by "FZ" are volume measurements. *Items designated by "WZ" are weighted measurements. *Menus substitutions may occur due to extraordinary circumstances or product availability.

Dietitians Signature — Date 11/20/2010

Food Service Manager — Date 10/24/11

Client's Signature — Date 10/24/11; 10/16/12