# EXHIBIT
# "18"



# FRANKLIN COUNTY JAIL

Chambersburg, PA

Standard Operating Procedure

| Chapter: | 400 | Activities and Support Services | Number: | 400.14 | Pages: | 4 |
|----------|-----|-------------------------------|---------|--------|--------|---|
| Title: | 14 | Volunteer Services | **Effective Date:** | | | |

## POLICY

The Franklin County Jail will utilize volunteers to provide services within the facility to promote the successful re-engagement of inmates into the community and enhance services to the inmate population.

## PURPOSE

To describe the eligibility criteria for and function of volunteers, as well as the application and orientation process required for volunteers.

## REFERENCES

ACA 4-ALDF-7F-04 through ACA-4-ALDF-7F-07
ACA-4-ALDF-5C-20
ACA-4-ALDF-7B-03

## DEFINITIONS

None

## PROCEDURES

1. Qualifying as a Volunteer

    1.1 The Deputy Warden of Inmate Services will identify the need for volunteers.

    1.2 Volunteers must be at least twenty one (21) years of age and be of good character.

    1.3 Prospective volunteers must complete a Correctional Volunteer Application (FCJ Form 400.14-1). Applications may be obtained by contacting a member of the treatment department.

    1.4 Volunteers must complete a criminal background check.

POLICY AND PROCEDURE:  Volunteer Services
POLICY NUMBER:  400.14

**Note:**  A criminal record does not automatically preclude a person from volunteering.

1.5     The Deputy Warden of Inmate Services will receive and review applications.  A criminal background check will then be conducted on suitable applicants.

1.6     Accepted volunteers will be required to read and sign an Assumption of Risk Waiver (FCJ Form 400.14-2) and a Correctional Volunteer Agreement, (FCJ Form 400.14-3).

2.     Orientation

2.1     All volunteers will be oriented to the policies and rules of the facility through a mandatory orientation session, prior to having access in to the facility.  Orientation/training sessions will be offered quarterly.  Volunteers are required to attend, at a minimum, one orientation/training session annually.

2.2     The Deputy Warden of Inmate Services or designee will coordinate the orientation of volunteers.

2.3     Orientation will include but may not be limited to:

- Hostage Situations
- Confidentiality
- Chain of Command
- Facility Policies and Rules
- Acceptable Behavior
- Inappropriate Behavior
- Facility Security
- Dress Code
- Attendance

2.4     During the mandatory orientation, a photo identification badge will be issued.

2.4.1     Identification badges will have an expiration date of one (1) year from the date of issuance.

2.4.2     Identification badges will be renewed and issued at each subsequent annual volunteer training.  If a volunteer's identification badge expires, entrance to the facility will not be permitted until a volunteer orientation and training session is completed.

2.5     It is the responsibility of the volunteer to report any changes in their eligibility status, i.e. criminal charges, family member or friend incarcerated at the FCJ, etc.

POLICY AND PROCEDURE:  Volunteer Services
POLICY NUMBER:  400.14

3.    Volunteer Responsibilities

   3.1    All policies and rules that apply to visitors will also apply to volunteers.

   3.2    All volunteers are subject to search (FCJ SOP 200.12 – Searches). Volunteers may only bring in literature pertaining to their program.  No other items or materials will be given to inmates without prior approval from the Deputy Warden of Inmate Services or designee.

   3.3.    Volunteers are required to arrive early enough to be signed in and to their assigned area, prior to program start time.

   3.4    Volunteers must display the FCJ issued Photo Identification Badge at all times.  The badge will be prominently displayed above the waist but not on a sleeve, where it will be clearly seen by staff (FCJ SOP 200.17 – Security Badges/Inmate ID).

4.    Volunteer led programs include but may not be limited to:

   • Drug & Alcohol Programs (AA, NA etc.)
   • Bible Study / Religious Teachings
   • Religious Programming (Worship Services, Religious Education Classes, etc.)
   • Educational Programs

5.    The Deputy Warden of Inmate Services or designee will coordinate the volunteer program.

   5.1    A list of volunteers will be maintained and forwarded to the Lobby Officer when any changes are made.

   5.2    A weekly program schedule with locations will be maintained and forwarded to each housing unit for posting.  Changes will be forwarded to each housing unit as needed.

6.    Volunteer Functions

   6.1    Volunteers will assist in meeting the needs of the facility and inmates by providing direct services.

   6.2    The services of volunteers will augment, not supplant, activities, functions and services provided by the facility and staff.

   6.3    Volunteers will only perform the functions for which they have been approved.

   6.4    Volunteers will notify a staff member if any inmate behavioral problems occur.

POLICY AND PROCEDURE: Volunteer Services
POLICY NUMBER: 400.14

6.5   Volunteers are responsible for ensuring the Program and Participation Data form (FCJ Form 400.12-1) is filled out legibly. This form will be returned to the Lobby Officer when leaving the facility.

7.   Supervision of Volunteers

7.1   Volunteers may receive direction or supervision from any staff member of the jail.

7.2   Correctional staff will inform volunteers of any additional security rules that apply.

7.3   Volunteer led programs may be monitored by staff.

8.   Termination or Denial of Access to Volunteers

8.1   The Warden or designee may terminate or suspend volunteers.

8.2   Reasons for termination include but may not be limited to:

- Being charged with committing a crime, (the volunteer must notify the Deputy Warden of Inmate Services or designee)

- Violation of any facility rules (when observed by any staff member this must be reported immediately to a supervisor and an Incident Report submitted)

8.3   A supervisor may deny entry or require a volunteer to leave the facility. The supervisor will advise the volunteer of the reason for the action. The reasons may include but are not limited to:

- Breach of confidentiality
- Violation of facility rules or policies
- Unlawful conduct
- Inappropriate contact or conduct with an inmate or inmate's family or associates
- Unreliable attendance (3 no shows / cancellations or 3 lates)
- Failure to cooperate with staff
- Failure to have FCJ-issued ID card
- Emotional instability
- Any activity that threatens the facility's safety, security or order

**ATTACHMENTS**

FCJ Form 400.14-1  Correctional Volunteer Application
FCJ Form 400.14-2  Assumption of Risk Waiver
FCJ Form 400.14-3  Correctional Volunteer Agreement