IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID F. KELLEY BEY, | |
| Plaintiff, | No. 3:13-CV-1942 |
| v. | (JUDGE CAPUTO) |
| WARDEN DANIEL S. KEEN, et al., | (MAGISTRATE JUDGE SCHWAB) |
| Defendants | |

## ORDER

**NOW** this 17th day of July 2014, upon review of Magistrate Judge Schwab's Report and Recommendation (Doc. 33) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 33) is **ADOPTED.**

(2) Defendants' Motion to Dismiss and/or Motion for Summary Judgment (Doc. 22) is **GRANTED**, and Plaintiff's Complaint (Doc. 1) is **DISMISSED.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge